IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Joint Administration Pending) |

### NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on May 8, 2018, RMH Franchise Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings (collectively, the "First Day Pleadings") at a hearing on **May 10, 2018 at 3:30 p.m. (ET)** (the "Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801:

### FIRST DAY PLEADINGS

1. Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. TBD; 5/9/18]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corp. (1807); Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

01:23185175.1

2. Debtors' Motion for an Order Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Payment of Prepetition Costs and Fees Associated with Customer Credit Card Transactions; (D) Continued Use of Existing Business Forms; (E) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims; and (F) Interim Waiver of Section 345(b) Deposit and Investment Requirements [D.I. TBD; 5/9/18]

3. Debtors' Motion for Interim and Final Orders (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [D.I. TBD; 5/9/18]

**PLEASE TAKE FURTHER NOTICE** that copies of all of the First Day Pleadings will be mailed to you subsequent to the Hearing and will be available on the Court's website, www.deb.uscourts.gov. If you would like to receive copies of any of the First Day Pleadings prior to the Hearing, you may contact Beth Olivere, Paralegal, at (302) 571-6557 or bolivere@ycst.com. All parties wishing to participate in the Hearing telephonically must make arrangements with Court Call ((866) 582-6878; www.courtcall.com) prior to the Hearing.

Dated: Wilmington, Delaware  
May 9, 2018

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Blake M. Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti (No. 5052)
Justin H. Rucki (No. 5304)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1256

*Proposed Counsel for the Debtors and Debtors in Possession*

01:23185175.1