**Fill in this information to identify the case:**

Debtor Name: RMH Franchise Holdings, Inc., *et al.*

United States Bankruptcy Court for the: District of Delaware (State)

Case number *(If known)*: 18-11092 (BLS)

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims on a Consolidated Basis and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | McLane Food Services, Inc.<br>2085 Midway Road<br>Carrollton, TX 75007 | Shaunna Williams<br>(972) 364-2014<br>shaunna.williams@mclanefs.com | Trade | | | | $1,224,489.63 |
| 2 | System Services<br>16100 North 71st Street<br>Suite 510<br>Scottsdale. AZ 85254 | Pamela Hunter<br>(480) 927-4741<br>pamela.hunter@ssafood.com | Trade | | | | $735,952.51 |
| 3 | Sysco Lincoln<br>P.O. Box 80068<br>Lincoln, NE 68501-2605 | Antinoro David<br>(402) 499-7192<br>antinoro.david@lincoln.sysco.com | Trade | | | | $320,030.50 |
| 4 | Glazier Food Company<br>11303 Antoine Drive<br>P.O. Box 201705<br>Houston. TX 77066 | Tyler Youngs<br>(832) 978-2966<br>Tyler.youngs@glazierfoods.com | Trade | | | | $204,172.07 |
| 5 | Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | Faina Martynyuk<br>(972) 624-7437<br>fainamartynyuk@don.com | Trade | | | | $190,922.53 |
| 6 | Merco VII, LLC<br>2800 Edington Road<br>Columbus, OH 43221 | (614) 975-6400 | Lease | | | | $127,693.30 |
| 7 | Shelton Farms<br>1832 SO 11th Street<br>Niles, MI 49120 | (800) 827-9759 | Trade | | | | $74,692.84 |
| 8 | Ameresco, Inc.<br>P.O. Box 419135<br>Boston, MA 02241-9135 | P. Collins<br>(509) 343-5352<br>pcollins@ameresco.com | Utility Services | | | | $66,958.37 |
| 9 | Staples Technology Solutions<br>P.O. Box 95230<br>Chicago, IL 60694 | (888) 438-4806 | Technology Services | | | | $43,523.52 |

Debtor  RMH Franchise Holdings, Inc., *et al.*  
_____  
Name

Case number *(if known)*  18-11092 (BLS)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | Willis Towers Watson<br>35371 Network Place<br>Chicago, IL 60673 | (312) 288-7700 | Professional Services | | | | $39,975.50 |
| 11 | SHI International Corp.<br>P.O. Box 952121<br>Dallas, TX 75395-2121 | (888) 235-3871 | Technology Services | | | | $37,656.43 |
| 12 | Heavenly Blue LLC<br>3310 Sutherland Drive<br>Lexington, KY 40517 | (859) 278-8725 | Trade | | | | $37,500.00 |
| 13 | Cigna Health and Life Insurance Company<br>P.O. Box 644546<br>Pittsburgh, PA 15264-4546 | J. Meints<br>jmeints@rmhfranchise.com | Insurance | | | | $33,541.05 |
| 14 | U.S. Foodservice, Inc.<br>P.O. Box 905831<br>Charlotte, NC 28290-5831 | Valerie Clow<br>(386) 763-3655<br>valerie.clow@usfoods.com | Trade | | | | $33,323.39 |
| 15 | Grand Avenue Produce Co., Inc.<br>8990 W Windsor Dr.<br>Peoria, AZ 85381 | John<br>(623) 312-2214<br>john@grandavenueproduce.com | Trade | | | | $30,218.21 |
| 16 | Restaurant Technologies, Inc.<br>12962 Collections Center Dr.<br>Chicago, IL 60693 | (888) 796-4997 | Technology Services | | | | $23,213.90 |
| 17 | The Steritech Group, Inc.<br>P.o. Box 472127<br>Charlotte, NC 28247-2127 | (704) 544-1900 | Professional Services | | | | $19,980.37 |
| 18 | SFI Ford City – Chicago LLC<br>36488 Network Place<br>Attn: Lockbox 26488<br>Chicago, IL 60673-1264 | (773) 767-4180 | Lease | | | | $17,764.32 |
| 19 | Commercial Fire, Inc.<br>2465 St Johns Bluff Road South<br>Jacksonville, FL 32246 | (800) 241-1277 | Insurance | | | | $17,063.60 |
| 20 | Snagajob.com, Inc.<br>32978 Collections Center Dr.<br>Chicago, IL 60693-0329 | (804) 822-4608 | Job Posting Services | | | | $14,452.92 |
| 21 | Darling International, Inc.<br>P.O. Box 552210<br>Detroit, MI 48255-2210 | (402) 733-3010 | Trade | | | | $13,625.34 |
| 22 | EcoLab Food Safety Specialties Inc.<br>24198 Network Place<br>Chicago, IL 60673-1241 | (800) 321-3687 | Trade | | | | $11,020.24 |

Debtor   RMH Franchise Holdings, Inc., *et al.*  
     Name

Case number *(if known)*   18-11092 (BLS)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 | The Travelers Indemnity<br>385 Washington St. NB10A<br>St. Paul, MN 55102 | (866) 339-7219<br>tracer@travelers.com | Insurance | | | | $8,775.00 |
| 24 | Southern Wine and Spirits<br>2404 S Wilson St.<br>Tempe, AZ 85282 | Christine Wexell<br>(602) 533-8000<br>christinewexell@southernwine.com | Trade | | | | $7,422.55 |
| 25 | Liberty Services<br>1005 S. Main St.<br>West Milton, OH 45383 | (877) 217-7199<br>info@libertyservicesinc.net | Trade | | | | $6,904.45 |
| 26 | Iris Strategic Marketing Support<br>10801 Lakeview Ave<br>Lenexa, KS 66219 | (913) 232-4803 | Marketing Services | | | | $6,367.90 |
| 27 | Southern Glazer's Wine & Spirits<br>300 E Crossroads Parkway<br>Bolingbrook, IL 60440 | J. Minniti<br>(630) 685-3000<br>jminniti@southernwine.com | Trade | | | | $5,831.97 |
| 28 | L&F Distributing<br>3900 N. McCol Road<br>McAllen, TX 78501 | J. Lamantia<br>(956) 687-7751<br>jlmantia@lnfdist.com | Trade | | | | $5,241.72 |
| 29 | Comfort Suites<br>1020 Hotelier Drive<br>Manhattan, KS 66502 | (785) 539-9449 | Hotel Services | | | | $5,162.09 |
| 30 | Aaron Davis Presentations<br>P.O. Box 81711<br>Lincoln, NE 68501 | Aaron Davis<br>(402) 423-1649<br>adavis@aaronddavis.co | Consulting Services | | | | $5,000.00 |

**Fill in this information to identify the case:**

Debtor Name  RMH Franchise Holdings, Inc., *et al.*

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                (State)

Case number *(If known)*:  18-11092 (BLS)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/09/2018
             MM / DD / YYYY

X  /s/ Michael Muldoon                                Michael Muldoon
   Signature of authorized representative of debtor    Printed name

   Title   President

01:22421740.1