## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., | Case No. 18-11092 (BLS) |
| Debtor. | |
| Tax I.D. No. 90-0887150 | |
| In re: | Chapter 11 |
| NULNK, LLC, | Case No. 18-11093 (BLS) |
| Debtor. | |
| Tax I.D. No. 46-2447381 | |
| In re: | Chapter 11 |
| RMH ILLINOIS, LLC, | Case No. 18-11094 (BLS) |
| Debtor. | |
| Tax I.D. No.46-2660696 | |
| In re: | Chapter 11 |
| RMH FRANCHISE CORPORATION, | Case No. 18-11095 (BLS) |
| Debtor. | |
| Tax I.D. No. 37-1701807 | |
| In re: | Chapter 11 |
| CONTEX RESTAURANTS, INC., | Case No. 18-111096 (BLS) |
| Debtor. | |
| Tax I.D. No. 47-0780710 | |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

The above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submit this motion (this "Motion") for the entry of an order, substantially in the form attached hereto as Exhibit A, directing the joint administration of the Debtors' chapter 11 cases.  In support of this Motion, the Debtors submit the *Declaration of Mitchell Blocher in Support of Chapter 11 Petitions and Requests for First Day Relief* (the "First Day Declaration"), filed substantially contemporaneous herewith.  In further support of this Motion, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b), and pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and legal predicates for the relief requested herein are section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rules 1015-1 and 9013-1(m).

## **BACKGROUND**

3.        On May 8, 2018 (the "<u>Petition Date</u>"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "<u>Chapter 11 Cases</u>"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.  No trustee, examiner, or official committee of unsecured creditors has been appointed in the Chapter 11 Cases.

4.        Additional information regarding the Debtors' history and business operations, capital structure and primary secured indebtedness, and the events leading up to the commencement of the Chapter 11 Cases can be found in the First Day Declaration.[1]

## **RELIEF REQUESTED**

5.        By this Motion, the Debtors seek an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rules 1015-1 and 9013-1(m), directing the joint administration of the Chapter 11 Cases for procedural purposes only.  Specifically, the Debtors request that the Clerk of the United States Bankruptcy Court for the District of Delaware (the "<u>Clerk of the Court</u>") maintain one file and one docket for all of the jointly administered cases under the case number of RMH Franchise Holdings, Inc. and that the Clerk of the Court administer the cases under a consolidated caption, as follows:

---

[1]        Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*[1] | Case No. 18-11092 (BLS) |
| Debtor. | |

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710).  The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

6.     In addition, the Debtors request that a docket entry, substantially similar to the following, be made on the docket of each of the Chapter 11 Cases (except that of RMH Franchise Holdings, Inc.):

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of RMH Franchise Holdings, Inc., NuLnk, Inc., RMH Illinois, LLC, RMH Franchise Corporation, and Contex Restaurants, Inc.  **The docket in the chapter 11 case of RMH Franchise Holdings, Inc., Case No. 18-11092 (BLS) should be consulted for all matters affecting this case.**

### BASIS FOR RELIEF

7.     Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates."  Fed R. Bankr. P. 1015(b).  Section 105(a) of the Bankruptcy Code also provides the Court with the power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."  Further, Local Rule 1015-1 provides additional authority for the Court to order joint administration of chapter 11 cases upon the filing of a motion supported by a declaration establishing that joint administration of two or more pending cases will ease the administrative burden of the Court and the parties.

8.      Debtors NuLnk, Inc., RMH Illinois, LLC, RMH Franchise Corporation, and Contex Restaurants, Inc. are directly or indirectly owned 100% subsidiaries of RMH Franchise Holdings, Inc.  Therefore, all of these Debtors are "affiliates" as defined in section 101(2) of the Bankruptcy Code.  Given the commercial and corporate relationships among the Debtors, joint administration of the Chapter 11 Cases will provide administrative convenience without harming the substantive rights of any party in interest.  Many of the motions, hearings, and orders that will arise in these Chapter 11 Cases will affect each and every Debtor.  Thus, the entry of an order directing the joint administration of these cases will reduce fees and costs by, for example, avoiding duplicative filings and objections.  Moreover, joint administration will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee for the District of Delaware and allow all parties in interest to monitor the Chapter 11 Cases with greater ease and efficiency.

9.      Further, joint administration of the Chapter 11 Cases will not prejudice or adversely affect the rights of the Debtors' creditors, because the Debtors seek only administrative, not substantive, consolidation of their estates.  Parties in interest will not be harmed by the relief requested, but, instead, will benefit from the cost reductions associated with the joint administration of these cases.

10.      For these reasons, the Debtors respectfully submit that the joint administration of these cases is appropriate and is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest, and therefore this Motion should be granted.

<u>**NOTICE**</u>

11.      Notice of this Motion has been provided to:  (i) the Office of the United States Trustee for the District of Delaware; (ii) the Office of the United States Attorney for the District

of Delaware; (iii) the Internal Revenue Service; (iv) the Debtors' thirty (30) largest unsecured

creditors (excluding insiders); (v) the Securities and Exchange Commission; and (vi) the Senior

Creditors.  Notice of this Motion and any order entered hereon will be served in accordance with

Local Rule 9013-1(m).  In light of the nature of the relief requested herein, the Debtors submit

that no other or further notice is necessary.

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request that the

Court (a) enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, directing the joint

administration of the Chapter 11 Cases, and (b) grant such other and further relief as is just and

proper.

Dated:    Wilmington, Delaware
          May 9, 2018

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti (No. 5052)
Jordan E. Sazant (No. 6515)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email: kenos@ycst.com
        mbcleary@ycst.com
        rpoppiti@ycst.com
        jsazant@ycst.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

## EXHIBIT A

## PROPOSED ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., | Case No. 18-11092 (BLS) |
| Debtor. | |
| Tax I.D. No. 90-0887150 | |
| In re: | Chapter 11 |
| NULNK, LLC, | Case No. 18-11093 (BLS) |
| Debtor. | |
| Tax I.D. No. 46-2447381 | |
| In re: | Chapter 11 |
| RMH ILLINOIS, LLC, | Case No. 18-11094 (BLS) |
| Debtor. | |
| Tax I.D. No.46-2660696 | |
| In re: | Chapter 11 |
| RMH FRANCHISE CORPORATION, | Case No. 18-11095 (BLS) |
| Debtor. | |
| Tax I.D. No. 37-1701807 | |
| In re: | Chapter 11 |
| CONTEX RESTAURANTS, INC., | Case No. 18-111096 (BLS) |
| Debtor. | |
| Tax I.D. No. 47-0780710 | |

## ORDER DIRECTING THE JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon the *Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and upon consideration of the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing on the Motion and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

---

[1]      Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

01:23184504.3

2

3.      The Clerk of the Court shall maintain one file and one docket for all of the

Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of

RMH Franchise Holdings, Inc., Case No. 18-11092 (BLS).

4.      All pleadings filed in the Chapter 11 Cases shall bear a consolidated caption in the

following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtor. | (Jointly Administered) |

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

5.      The Clerk of the Court shall make a docket entry in each Chapter 11 Case (except

that of RMH Franchise Holdings, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> RMH Franchise Holdings, Inc., NuLnk, Inc., RMH Illinois, LLC,
> RMH Franchise Corporation, and Contex Restaurants, Inc.  **The
> docket in the chapter 11 case of RMH Franchise Holdings,
> Inc., Case No. 18-11092 (BLS) should be consulted for all
> matters affecting this case.**

6.      One consolidated docket, one file, and one consolidated service list shall be

maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the Court.

7.      The Debtors and the Clerk of the Court are authorized and empowered to take all

actions necessary to implement the relief granted in this Order.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: _____
            Wilmington, Delaware

                        _____
                        LAURIE SELBER SILVERSTEIN
                        UNITED STATES BANKRUPTCY JUDGE

01:23184504.3