# **EXHIBIT 1**

Amended Top 30 List

**Fill in this information to identify the case:**

Debtor Name   RMH Franchise Holdings, Inc., *et al.*

United States Bankruptcy Court for the: _____   District of   Delaware
                                                              (State)

Case number *(If known)*:  18-11092 (BLS)

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims on a Consolidated Basis and Are Not Insiders       12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BMO Harris Bank N.A.<br>111 W. Monroe Street, 20-Center<br>Chicago, IL 60603 | Mariely Romero<br>(312) 461-5844 | Bank loan | Unliquidated | | | $33,448,073.38 |
| 2 | Applebee's International, Inc.<br>140 Ward Parkway<br>Kansas City, MO 64114 | Amber Overstreet<br>Accounts Receivable Manager<br>Phone (913) 890-0351<br>Fax (913) 890-9351 | Franchise Agreement | Contingent, Unliquidated, Disputed | | | $14,276,476.40 |
| 3 | McLane Food Services, Inc.<br>2085 Midway Road<br>Carrollton, TX 75007 | Shaunna Williams<br>(972) 364-2014<br>shaunna.williams@mclanefs.com | Trade | | | | $1,224,489.63 |
| 4 | System Services<br>16100 North 71st Street<br>Suite 510<br>Scottsdale, AZ 85254 | Pamela Hunter<br>(480) 927-4741<br>pamela.hunter@ssafood.com | Trade | | | | $735,952.51 |
| 5 | Sysco Lincoln<br>P.O. Box 80068<br>Lincoln, NE 68501-2605 | Antinoro David<br>(402) 499-7192<br>antinoro.david@lincoln.sysco.com | Trade | | | | $320,030.50 |
| 6 | Glazier Food Company<br>11303 Antoine Drive<br>P.O. Box 201705<br>Houston, TX 77066 | Tyler Youngs<br>(832) 978-2966<br>Tyler.youngs@glazierfoods.com | Trade | | | | $204,172.07 |
| 7 | Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | Faina Martynyuk<br>(972) 624-7437<br>fainamartynyuk@don.com | Trade | | | | $190,922.53 |
| 8 | Merco VII, LLC<br>2800 Edington Road<br>Columbus, OH 43221 | (614) 975-6400 | Lease | | | | $127,693.30 |

Official Form 204    **Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1
01:23188103.1

Debtor    RMH Franchise Holdings, Inc., *et al.*        Case number *(if known)*  18-11092 (BLS)
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Shelton Farms<br>1832 SO 11th Street<br>Niles, MI 49120 | (800) 827-9759 | Trade | | | | $74,692.84 |
| 10 | Ameresco, Inc.<br>P.O. Box 419135<br>Boston, MA 02241-9135 | P. Collins<br>(509) 343-5352<br>pcollins@ameresco.com | Utility Services | | | | $66,958.37 |
| 11 | Staples Technology Solutions<br>P.O. Box 95230<br>Chicago, IL 60694 | (888) 438-4806 | Technology Services | | | | $43,523.52 |
| 12 | Willis Towers Watson<br>35371 Network Place<br>Chicago, IL 60673 | (312) 288-7700 | Professional Services | | | | $39,975.50 |
| 13 | SHI International Corp.<br>P.O. Box 952121<br>Dallas, TX 75395-2121 | (888) 235-3871 | Technology Services | | | | $37,656.43 |
| 14 | Heavenly Blue LLC<br>3310 Sutherland Drive<br>Lexington, KY 40517 | (859) 278-8725 | Trade | | | | $37,500.00 |
| 15 | Cigna Health and Life Insurance Company<br>P.O. Box 644546<br>Pittsburgh, PA 15264-4546 | J. Meints<br>jmeints@rmhfranchise.com | Insurance | | | | $33,541.05 |
| 16 | U.S. Foodservice, Inc.<br>P.O. Box 905831<br>Charlotte, NC 28290-5831 | Valerie Clow<br>(386) 763-3655<br>valerie.clow@usfoods.com | Trade | | | | $33,323.39 |
| 17 | Grand Avenue Produce Co., Inc.<br>8990 W Windsor Dr.<br>Peoria, AZ 85381 | John<br>(623) 312-2214<br>john@grandavenueproduce.com | Trade | | | | $30,218.21 |
| 18 | Restaurant Technologies, Inc.<br>12962 Collections Center Dr.<br>Chicago, IL 60693 | (888) 796-4997 | Technology Services | | | | $23,213.90 |
| 19 | The Steritech Group, Inc.<br>P.o. Box 472127<br>Charlotte, NC 28247-2127 | (704) 544-1900 | Professional Services | | | | $19,980.37 |
| 20 | SFI Ford City – Chicago LLC<br>36488 Network Place<br>Attn: Lockbox 26488<br>Chicago, IL 60673-1264 | (773) 767-4180 | Lease | | | | $17,764.32 |
| 21 | Commercial Fire, Inc.<br>2465 St Johns Bluff Road South<br>Jacksonville, FL 32246 | (800) 241-1277 | Insurance | | | | $17,063.60 |

Debtor  RMH Franchise Holdings, Inc., *et al.*  
       Name

Case number *(if known)*  18-11092 (BLS)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | Snagajob.com, Inc.<br>32978 Collections Center Dr.<br>Chicago, IL 60693-0329 | (804) 822-4608 | Job Posting Services | | | | $14,452.92 |
| 23 | Darling International, Inc.<br>P.O. Box 552210<br>Detroit, MI 48255-2210 | (402) 733-3010 | Trade | | | | $13,625.34 |
| 24 | EcoLab Food Safety Specialties Inc.<br>24198 Network Place<br>Chicago, IL 60673-1241 | (800) 321-3687 | Trade | | | | $11,020.24 |
| 25 | The Travelers Indemnity<br>385 Washington St. NB10A<br>St. Paul, MN 55102 | (866) 339-7219<br>tracer@travelers.com | Insurance | | | | $8,775.00 |
| 26 | Southern Wine and Spirits<br>2404 S Wilson St.<br>Tempe, AZ 85282 | Christine Wexell<br>(602) 533-8000<br>christinewexell@southernwine.com | Trade | | | | $7,422.55 |
| 27 | Liberty Services<br>1005 S. Main St.<br>West Milton, OH 45383 | (877) 217-7199<br>info@libertyservicesinc.net | Trade | | | | $6,904.45 |
| 28 | Iris Strategic Marketing Support<br>10801 Lakeview Ave<br>Lenexa, KS 66219 | (913) 232-4803 | Marketing Services | | | | $6,367.90 |
| 29 | Southern Glazer's Wine & Spirits<br>300 E Crossroads Parkway<br>Bolingbrook, IL 60440 | J. Minniti<br>(630) 685-3000<br>jminniti@southernwine.com | Trade | | | | $5,831.97 |
| 30 | L&F Distributing<br>3900 N. McCol Road<br>McAllen, TX 78501 | J. Lamantia<br>(956) 687-7751<br>jlmantia@lnfdist.com | Trade | | | | $5,241.72 |