IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>RMH FRANCHISE HOLDINGS, INC., *et al.*,[1]<br>　　　　Debtors. | Chapter 11<br>Case No. 18-11092 (BLS)<br>(Jointly Administered) |
| DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC<br>　　　　Plaintiffs,<br>　　　　v.<br>RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC.,<br>　　　　Defendants.<br>　　-and-<br>BANK OF AMERICA, N.A., as Administrative Agent, Collateral Agent and L/C Issuer, and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>　　　　Intervenors. | Adv. Pro. No. 18-50481 (BLS) |
| RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC.,<br>　　　　Counterclaim Plaintiffs,<br>　　　　v.<br>DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC<br>　　　　Counterclaim Defendants. | |

**AFFIDAVIT OF SERVICE**

---

01:23470359.1

STATE OF DELAWARE          )
                           ) SS
NEW CASTLE COUNTY          )

    Beth Ann Olivere, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys the Debtors' in the above-captioned matter, and that on July 12, 2018 she caused a copy of the following document(s) to be served in the manner described upon the parties on the attached service list.

    **Notice Regarding Subpoenas [D.I. 30]**

_____
Beth Ann Olivere

SWORN TO AND SUBSCRIBED before me this 1st day of August, 2018.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2022

## Adv. 18-50481 Service List
## 7/12/2018

Laura Davis Jones
Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
ljones@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to Plaintiffs*

Eric R Wilson,
Jason R. Adams,
Lauren S. Schlussel
KELLEY DRYE & WARREN LLP
101 Park Avenue, 27th Floor
New York, NY 10178
ewilson@kelleydrye.com
jadams@kelleydrye.com
lschlussel@kelleydrye.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of RMH Franchise Holdings, Inc., et al.*

Justin R. Alberto
Erin R. Fay
Evan T. Miller
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
jalberto@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of RMH Franchise Holdings, Inc., et al.*

Robert Richards
Geoffrey Miller
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
robert.richards@dentons.com
geoffrey.miller@dentons.com

*Counsel to Plaintiffs*

Joel Siegel
Samuel Maizel
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017
joel.siegel@dentons.com
samuel.maizel@dentons.com

*Counsel to Plaintiffs, Dine Brands Global Inc., Applebee's Restaurants LLC and Applebee's Franchisor LLC*

Geoffrey G. Grivner
Mary F. Caloway
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 1500
Wilmington, DE19801
geoffrey.grivner@bipc.com
mary.caloway@bipc.com

*Counsel for Bank of America, N.A., as Administrative Agent, Collateral Agent and Letter of Credit Issuer*

Frank W. DeBorde
Lisa Wolgast
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
fwd@mmmlaw.com
lwolgast@mmmlaw.com

*Counsel for Bank of America, N.A., as Administrative Agent, Collateral Agent and Letter of Credit Issuer*

Apple American Group LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Registered Agent/Franchisee*

Apple Central, LLC
Steven B. Steinmetz, Esq.
Registered Agent
170 Mason Street
Greenwich, CT 06830

*Registered Agent/Franchisee*

Apple Gold Group
Michael Olander, Registered Agent
170 Wind Chime Court
Raleigh, NC 27615

*Registered Agent/Franchisee*

Doherty Enterprises Inc.
Edward Doherty, Chairman
7 Pearl Court
Allendale, NJ 07401

*Franchisee*

Gregory Flynn
Apple American Group LLC
222 Bush Street, Suite 1800
San Francisco, CA 94104

*Franchisee*

William Georgas
Apple Central LLC
166 West Putnam Avenue
Greenwich, CT 06830

*Franchisee*

Michael Olander
Apple Gold Group
164 Wind Chime Court
Raleigh, NC 27615

*Franchisee*

Roy Raeburn, President
Zane Tankel, CEO
Apple-Metro Inc.
550 Mamroneck Avenue, Suite, 204
Harrison, NY 10528

*Franchisee*

Neighborhood Restaurant Partners, LLC
William Palmer
1455 Lincoln Parkway
Suite 430
Atlanta, GA 30346

*Franchisee*

Neighborhood Restaurant Partners, LLC
Argonne Capital Group
3060 Peachtree Road, NW
Suite 400
Atlanta, GA 30305

*Registered Agent/Franchisee*

Matthew Fairbairn, President
T.L. Cannon Management Corporation
220 Ponte Vedra Park Drive
Suite 100
Ponte Vedra Beach, FL 32082

*Franchisee*

Timothy George
Potomac Family Dining Group LLC
13873 Park Center Road
Herndon, VA 20171

*Franchisee*

Mark S. Schostak
Team Schostak Family Restaurants, LLC
Registered Agent
17800 Laurel Park Dive N
Suite 200C
Livonia, MI 48152

*Registered Agent/Franchisee*

David Paradise
Southern River Restaurants, LLC
296 Highland Blvd.
Natchez, MS 39120

*Registered Agent/Franchisee*

P. Jeffrey Warden, President
The Rose Group
29 Friends Lane
Newton, PA 18940

*Franchisee*

Potomac Family Dining Group LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Registered Agent/Franchisee*