# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 18-11092 (BLS) |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | ) Jointly Administered <br> ) |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for JBJ Alt LLC ("JBJ") in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors"). JBJ demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, (i) that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned attorneys, at the addresses set forth below and (ii) that the undersigned attorneys be added to the mailing matrix of file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

        **POTTER ANDERSON & CORROON LLP**
        Jeremy W. Ryan (DE Bar No. 4057)
        R. Stephen McNeill (DE Bar No. 5210)
        1313 North Market Street, Sixth Floor
        P.O. Box 951
        Wilmington, DE  19899
        Telephone:  (302) 984-6000
        Facsimile:  (302) 658-1192
        Email:  jryan@potteranderson.com
                 rmcneill@potteranderson.com

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

IMPAC 5992185v.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtors or property of the Debtors or (ii) affect the rights of JBJ, including by requiring any act, delivery of any property, payment or other conduct by JBJ.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance includes and constitutes a request to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of JBJ (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to have the United States District Court issue final orders or judgments if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution or (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise.

IMPAC 5992185v.1

| | |
|---|---|
| Dated: November 2, 2018<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br><br>*Counsel to JBJ Alt LLC* |

IMPAC 5992185v.1