IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:**<br>**November 19, 2018 at 10:00 a.m. (ET)** |
| | **Ref. Docket Nos. 578, 604 and 700** |

**NOTICE OF REVISED PROPOSED ORDER FOR DEBTORS' THIRTEENTH MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 105(a), 365(a) AND 554(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, *NUNC PRO TUNC* TO THE REJECTION EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on September 28, 2018 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Thirteenth Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a) and 554(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Unexpired Leases, Nunc Pro Tunc to the Rejection Effective Date* [Docket No. 578] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that subsequent to the filing of the Motion, on October 5, 2018 and November 1, 2018, the Maricopa County Treasurer (the "**Respondent**") filed responses to the Motion [Docket Nos. 604 and 700, respectively] (together, the "**Response**") as it pertains to the Rejected Real Property Lease located at 909 E. Broadway Rd., Tempe, AZ with N.E.G. Property Services, Inc. (the "NEG Property Service Lease") and the abandonment of the related Personal Property.

**PLEASE TAKE FURTHER NOTICE** that as result of the Response, the Debtors have revised the Proposed Order (the "Revised Proposed Order") for the Motion as it pertains to the NEG Property Service Lease and the abandonment of the related Personal Property.[3]  Attached hereto as **Exhibit A** is a copy of the Revised Proposed Order marked against the Proposed Order.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); Contex Restaurants, Inc. (0710).  The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3]  On November 5, 2018, the Court entered an order granting the relief requested in the Motion as it pertains to the Rejected Real Property Leases other than the NEG Property Service Lease.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Revised Proposed Order at the hearing on the Motion (solely as it pertains to the NEG Property Service Lease) currently scheduled for November 19, 2018 at 10:00 a.m. (ET) (the "Hearing"). The Debtors reserve all rights to revise the Revised Proposed Order at or prior to the Hearing

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 6, 2018 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jordan E. Sazant*<br>M. Blake Cleary (No. 3614)<br>Kenneth J. Enos (No. 4544)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:    (302) 571-6600<br>Facsimile:    (302) 571-1256<br><br>*Counsel for the Debtors and Debtors in Possession* |