# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RHM FRANCHISE HOLDINGS, INC., *et al.*,[1] ) | Case No. 18-11092 (BLS) |
| ) | Jointly Administered |
| Debtors. ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firms of Sullivan Hazeltine Allinson LLC and Harris, McClellan, Binau & Cox P.L.L. hereby enter their appearance as counsel for CRI Outparcels, LLC ("CRI Outparcels") in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| William A. Hazeltine, Esq. | Ralph E. Dill, Esq. |
| SULLIVAN · HAZELTINE · ALLINSON LLC | Harris, McClellan, Binau & Cox P.L.L. |
| 901 North Market Street, Suite 1300 | 37 West Broad Street, Suite 950 |
| Wilmington, DE 19801 | Columbus, OH  43215 |
| Tel:  (302) 428-8191 | Tel:  (614) 464-2572 |
| Fax:  (302) 428-8195 | Fax:  (614) 464-2245 |
| | E-mail:  rdill@hmbc.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); Contex Restaurants, Inc. (0710).  The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA  30328.

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) CRI Outparcels' rights (i) to have final orders in non-core matters entered only after _de novo_ review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which CRI Outparcels is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CRI Outparcels expressly reserves.

Date:  November 13, 2018
       Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

/s/ William A. Hazeltine
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

and

Ralph E. Dill, Esq.
HARRIS, McCLELLAN, BINAU & COX P.L.L.
37 West Broad Street, Suite 950
Columbus, Ohio 43215
Tel.: (614) 464-2572
Fax: (614) 464-2245
E-Mail: rdill@hmbc.com

*Attorneys for CRI Outparcels, LLC*