**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*, | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) <br> **Re: Docket No. 689** |

**LIMITED OBJECTION OF LESSOR JIL INVESTMENTS, LLC TO
NOTICE OF POSSIBLE ASSUMPTION OF UNEXPIRED LEASE**

JIL Investments, LLC, by and through its undersigned counsel, hereby submits this limited objection to the *Notice of (I) Possible Assumption of Executory Contracts and Unexpired Leases, (II) Fixing Cure Amounts and (III) Deadline to Object Thereto* [D.I. 689] (the "Cure Notice"):

1. JIL Investments and RMH Franchise Corporation (the "Debtor") are parties to an unexpired lease of property located at 8001 W. Bell Rd., Peoria, AZ 85382 (the "Lease").

2. As set forth in the Cure Schedule attached to the Notice, the Debtor states that it requires a lease modification agreement as a condition to assumption. JIL Investments and the Debtor are in the process of negotiating the proposed modification to the Lease. Until they have reached an agreement on that lease modification, JIL Investments does not consent to the assumption of the Lease on the terms proposed and expressly reserves all of its rights and defenses in connection with the Lease.

Dated: November 13, 2018                    SAUL EWING ARNSTEIN & LEHR LLP

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Facsimile: (302) 421-5864
luke.murley@saul.com

*Counsel for JIL Investments, LLC*