## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
RMH FRANCHISE HOLDINGS, INC., et al.,¹ :                     Case No. 18-11092 (BLS)
                                                        :    (Jointly Administered)
                    Debtors.                            :
                                                        :    Obj. Deadline: December 6, 2018 at 4:00 p.m. (ET)
------------------------------------------------------- x
```

### NOTICE OF COMBINED MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM (I) AUGUST 1, 2018 THROUGH AUGUST 31, 2018, (II) SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018 AND (III) OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 176] (the "**Interim Compensation Order**"), Prime Clerk LLC filed the attached *Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Periods from (i) August 1, 2018 through August 31, 2018. (ii) September 1, 2018 through September 30, 2018 and (iii) October 1, 2018 through October 31, 2018* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the Application seeks allowance and approval of fees in the aggregate amount of $11,695.15 (of which Prime Clerk LLC seeks payment of 80% or $9,356.12) and reimbursement of expenses in the amount of $79.73.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **December 6, 2018 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely made in accordance with the procedures set forth in the Interim Compensation Order will a hearing be held on the Application.

Dated:  November 16, 2018
       New York, New York

PRIME CLERK LLC

By:    /s/ Shira D. Weiner
       Shira D. Weiner
       General Counsel
       Prime Clerk LLC
       830 Third Avenue, 9th Floor
       New York, New York 10022
       Phone: (212) 257-5450
       sweiner@primeclerk.com

       *Administrative Advisor to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x
                                                         :
In re                                                    :    Chapter 11
                                                         :
RMH FRANCHISE HOLDINGS, INC., *et al*.,[1] :    Case No. 18-11092 (BLS)
                                                         :    (Jointly Administered)
                 Debtors.                                :
                                                         :    **Obj. Deadline: December 6, 2018 at 4:00 p.m. (ET)**
-------------------------------------------------------- x

**SUMMARY OF COMBINED MONTHLY FEE APPLICATION OF**
**PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIODS FROM (I) AUGUST 1, 2018 THROUGH**
**AUGUST 31, 2018, (II) SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018**
**AND (III) OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 4, 2018 *nunc pro tunc* to May 8, 2018 |
| Period for which compensation and reimbursement is sought: | (i) August 1, 2018 through August 31, 2018, (ii) September 1, 2018 through September 30, 2018 and (iii) October 1, 2018 through October 31, 2018 ((i), (ii) and (iii) collectively, the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $11,695.15 (of which Prime Clerk LLC seeks payment of 80% or $9,356.12) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $79.73 |

This is a:  ___X___ monthly _____ final application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 3.0 hours. The corresponding compensation is not included herein but will be requested in a future application.

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 7/25/18; ECF No. 389 | 5/8/18 – 5/31/18; 6/1/18 – 6/30/18 | $1,462.85 (payment of 80% or $1,170.28) | $0.00 | $1,170.28 (80% of $1,462.85) | $0.00 | $292.57 |
| 8/23/18; ECF No. 483 | 7/1/18 – 7/31/18 | $11,374.70 (payment of 80% or $9,099.76) | $77.59 | $9,099.76 (80% of $11,374.70) | $77.59 | $2,274.94 |

### Summary of Hours Billed by Prime Clerk Employees During the Fee Period

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 4.70 | $220.00 | $1,034.00 |
| Johnson, Craig | Director of Solicitation | 0.40 | $220.00 | $88.00 |
| Pullo, Christina | Director of Solicitation | 2.60 | $220.00 | $572.00 |
| Brown, Mark M | Solicitation Consultant | 0.10 | $200.00 | $20.00 |
| Carpenter, Mary J | Solicitation Consultant | 3.40 | $200.00 | $680.00 |
| Crowell, Messiah L | Solicitation Consultant | 3.20 | $200.00 | $640.00 |
| Kaufman, Craig M | Solicitation Consultant | 1.90 | $200.00 | $380.00 |
| Kesler, Stanislav | Solicitation Consultant | 6.50 | $200.00 | $1,300.00 |
| Liu, Calvin L | Solicitation Consultant | 2.60 | $200.00 | $520.00 |
| Lonergan, Senan L | Solicitation Consultant | 21.50 | $200.00 | $4,300.00 |
| Orchowski, Alex T | Solicitation Consultant | 4.00 | $200.00 | $800.00 |
| Taatjes, Hayden S | Solicitation Consultant | 1.80 | $200.00 | $360.00 |
| Vyskocil, Ryan J | Solicitation Consultant | 1.60 | $200.00 | $320.00 |
| Karotkin, Josh L | Director | 1.20 | $195.00 | $234.00 |
| Weiner, Shira D | Director | 2.00 | $195.00 | $390.00 |
| Bitman, Oleg | Senior Consultant | 5.00 | $170.00 | $850.00 |
| Pagan, Chanel C | Consultant | 0.30 | $145.00 | $43.50 |
| Higgins, Sebastian V | Consultant | 7.70 | $110.00 | $847.00 |
| Singh, Kevin | Technology Consultant | 0.80 | $65.00 | $52.00 |
| Jordan, Stephanie | Analyst | 5.10 | $55.00 | $280.50 |
| Jones, Shunte Monique | Analyst | 0.60 | $50.00 | $30.00 |

2

| | | | | |
|---|---|---|---|---|
| Reyes, Ronald A | Technology Consultant | 0.40 | $45.00 | $18.00 |
| | **Total:** | **77.40** | | **$13,759.00**[2] |
| | **Blended Rate** | | **$177.76** | |

### Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 26.20 | $3,547.50 |
| Call Center / Credit Inquiry | 5.70 | $1,140.00 |
| Retention / Fee Application | 2.30 | $433.50 |
| Schedules & SOFAs | 6.20 | $1,084.00 |
| Solicitation | 37.00 | $7,554.00 |
| | **77.40** | **$13,759.00**[3] |

### Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| After Hours Transportation | $59.73 |
| Overtime Meals | $20.00 |
| **TOTAL** | **$79.73** |

---

[2, 3] This amount has been discounted to $11,695.15 in accordance with the terms of Prime Clerk's retention.  Taking into account this discount, the blended hourly rate is $151.10.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
                                                   :
In re                                              :   Chapter 11
                                                   :
RMH FRANCHISE HOLDINGS, INC., et al.,[1]:              Case No. 18-11092 (BLS)
                                                   :   (Jointly Administered)
              Debtors.                             :
                                                   :   Obj. Deadline: December 6, 2018 at 4:00 p.m. (ET)
-------------------------------------------------- x
```

**COMBINED MONTHLY FEE APPLICATION OF
PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES FOR THE PERIODS FROM (I) AUGUST 1, 2018 THROUGH
AUGUST 31, 2018, (II) SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018
AND (III) OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to RMH Franchise Holdings,

Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"),

files this combined monthly fee application (this "**Application**"), pursuant to sections 330 and 331

of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the

United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or

supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 176] (the

"**Interim Compensation Order**"), for payment of compensation for professional services

rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in

connection with such services for the periods from (i) August 1, 2018 through August 31, 2018,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

(ii) September 1, 2018 through September 30, 2018 and (iii) October 1, 2018 through October 31, 2018 ((i), (ii) and (iii) collectively, the "**Fee Period**").  In support of this Application, Prime Clerk respectfully represents as follows:

### Preliminary Statement

1.      Pursuant to this Application, Prime Clerk seeks allowance and approval of aggregate fees in the amount of $11,695.15 (of which Prime Clerk seeks payment of 80% or $9,356.12) and reimbursement of expenses in the amount of $79.73.

2.      On June 4, 2018, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Engagement Date* [Docket No. 175], which authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to the Engagement Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file this Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.      Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

### Jurisdiction

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

### Background

7.      On May 8, 2018 (the "**Engagement Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

### Relief Requested

8.      By this Application, Prime Clerk requests (a) allowance and approval of aggregate fees in the amount of $11,695.15 (of which Prime Clerk LLC seeks payment of 80% or $9,356.12) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk, and (b) reimbursement of actual and necessary costs and expenses in the amount of $79.73.

### Compliance with the Interim Compensation Order

9.      Prime Clerk has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Prime Clerk professionals billed a total of 77.40 hours for which compensation is requested.  Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover

routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

**Summary of Professional Services Rendered**

11.     The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Ballots

     Fees:  $3,547.50; Hours:  26.20

     Ballots services provided included processing incoming ballots, including receiving, reviewing and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- Call Center / Credit Inquiry

     Fees:  $1,140.00; Hours:  5.70

     Call Center / Credit Inquiry services provided included responding to creditor inquiries related to the solicitation process.

- Retention / Fee Application

     Fees:  $433.50; Hours:  2.30

Retention / Fee Application services provided included: (i) drafting, revising and finalizing Prime Clerk's monthly fee application for the period July 1, 2018 through July 31, 2018 and (ii) reviewing and providing comments to the proposed interim fee order.

- Schedules & SOFAs

Fees:  $1,084.00; Hours:  6.20

Schedules & SOFAs services provided included preparing, reviewing and revising amendments to Schedules A and B of the Debtors' schedules of assets and liabilities.

- Solicitation

Fees:  $7,554.00; Hours:  37.00

Solicitation services provided included: (i) responding to inquiries from Debtors' counsel regarding the solicitation of the plan; (ii) researching the Debtors' public securities for purposes of solicitation of the holders of same; (iii) reviewing the solicitation materials and providing comments to Debtors' counsel with respect thereto; (iv) reviewing and analyzing the solicitation materials and procedures to be implemented in connection with the upcoming plan solicitation; (v) conferring and coordinating among the Prime Clerk case team regarding solicitation mechanics; (vi) preparing and finalizing plan class reports for purposes of transmitting the solicitation materials; (vii) updating Prime Clerk's proprietary e-balloting system to facilitate online voting; and (viii) creating and formatting the preliminary voting report for circulation to case professionals.

**Summary of Expenses Incurred**

12.     In rendering the services during the Fee Period described herein, Prime Clerk incurred actual and necessary expenses in the aggregate amount of $79.73 during the Fee Period

for after-hours transportation and overtime meals.  Attached hereto as **Exhibit B** is a list of expense

incurred by each Prime Clerk employee during the Fee Period.

**Representations and Reservation of Rights**

13.    The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2

and hereby attests that this Application conforms to such requirements.

14.    Although every effort has been made to include all fees and expenses incurred in

the Fee Period, some fees and expenses might not be included in this Application due to delays

caused by accounting and processing during the Fee Period.  Prime Clerk reserves the right to

make further application to this Court for allowance of such fees and expenses not included herein.

Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy

Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

15.    Prime Clerk has provided notice of this Application to all parties required to receive

such notice under the Interim Compensation Order.  In light of the nature of the relief requested

herein, Prime Clerk respectfully submits that no further notice is necessary.

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests:

(a) allowance and approval of fees in the aggregate amount of $11,695.15 (of which Prime Clerk

LLC seeks payment of 80% or $9,356.12) on account of reasonable and necessary professional

*[Remainder of page intentionally left blank]*

services rendered to the Debtors by Prime Clerk; and (b) reimbursement of actual and necessary

costs and expenses in the amount of $79.73.

Dated:  November 16, 2018
      New York, New York               /s/ Shira D. Weiner
                                   Shira D. Weiner
                                   General Counsel
                                   Prime Clerk LLC
                                   830 Third Avenue, 9th Floor
                                   New York, New York 10022
                                   Phone: (212) 257-5450
                                   Fax: (212) 257-5452
                                   sweiner@primeclerk.com

                                   *Administrative Advisor to the Debtors*

## **VERIFICATION**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | SS: |
| COUNTY OF NEW YORK | ) | |

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1.    I am the General Counsel of Prime Clerk LLC.

2.    I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 16th day of November, 2018.

_____
Notary Public

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

**<u>Exhibit A</u>**

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

**Hourly Fees by Employee through August  2018**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| CCP | Pagan, Chanel C | CO - Consultant | 0.30 | $145.00 | $43.50 |
| SW | Weiner, Shira D | DI  - Director | 1.60 | $195.00 | $312.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 0.20 | $220.00 | $44.00 |
| | | **TOTAL:** | **2.10** | | **$399.50** |

**Hourly Fees by Task Code through August  2018**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| RETN | Retention / Fee Application | 1.90 | $355.50 |
| SOLI | Solicitation | 0.20 | $44.00 |
| | **TOTAL:** | **2.10** | **$399.50** |

RMH Franchise

### Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 08/16/18 | SW | DI | Draft monthly fee application | Retention / Fee Application | 1.60 |
| 08/23/18 | CCP | CO | File monthly fee application | Retention / Fee Application | 0.30 |
| 08/28/18 | JFD | DS | Respond to counsel inquiry regarding contact information for solicitation materials | Solicitation | 0.20 |
| | | | | **Total Hours** | **2.10** |



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

**Hourly Fees by Employee through September  2018**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 0.10 | $200.00 | $20.00 |
| RJV | Vyskocil, Ryan J | SA  - Solicitation Consultant | 0.60 | $200.00 | $120.00 |
| JFD | Daloia, James F | DS  - Director of Solicitation | 1.90 | $220.00 | $418.00 |
| CJ | Johnson, Craig | DS  - Director of Solicitation | 0.40 | $220.00 | $88.00 |
| CP | Pullo, Christina | DS  - Director of Solicitation | 1.30 | $220.00 | $286.00 |
| | | **TOTAL:** | **4.30** | | **$932.00** |

**Hourly Fees by Task Code through September  2018**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| SOLI | Solicitation | 4.30 | $932.00 |
| | **TOTAL:** | **4.30** | **$932.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 09/04/18 | CJ | DS | Prepare for upcoming solicitation in wake of notice of disclosure statement hearing | Solicitation | 0.40 |
| 09/04/18 | RJV | SA | Perform public securities research | Solicitation | 0.60 |
| 09/18/18 | JFD | DS | Review documents regarding solicitation timing in coordination with debtors' counsel | Solicitation | 1.90 |
| 09/19/18 | CP | DS | Coordinate with Prime Clerk case team regarding comments to solicitation procedures (.3); review and comment on same (1.0) | Solicitation | 1.30 |
| 09/20/18 | MMB | SA | Review correspondence with case team and Young Conaway related to upcoming solicitation | Solicitation | 0.10 |
| | | | | **Total Hours** | **4.30** |



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

**Hourly Fees by Employee through October  2018**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RAR | Reyes, Ronald A | TC - Technology Consultant | 0.40 | $45.00 | $18.00 |
| SMJ | Jones, Shunte Monique | AN - Analyst | 0.60 | $50.00 | $30.00 |
| SJ | Jordan, Stephanie | AN - Analyst | 5.10 | $55.00 | $280.50 |
| KS | Singh, Kevin | TC - Technology Consultant | 0.80 | $65.00 | $52.00 |
| SVH | Higgins, Sebastian V | CO - Consultant | 7.70 | $110.00 | $847.00 |
| OB | Bitman, Oleg | SC - Senior Consultant | 5.00 | $170.00 | $850.00 |
| JLK | Karotkin, Josh L | DI - Director | 1.20 | $195.00 | $234.00 |
| SW | Weiner, Shira D | DI - Director | 0.40 | $195.00 | $78.00 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 3.40 | $200.00 | $680.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 3.20 | $200.00 | $640.00 |
| CMKK | Kaufman, Craig M | SA - Solicitation Consultant | 1.90 | $200.00 | $380.00 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 6.50 | $200.00 | $1,300.00 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 2.60 | $200.00 | $520.00 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 21.50 | $200.00 | $4,300.00 |
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 4.00 | $200.00 | $800.00 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 1.80 | $200.00 | $360.00 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 1.00 | $200.00 | $200.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 2.60 | $220.00 | $572.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 1.30 | $220.00 | $286.00 |
| | | **TOTAL:** | **71.00** | | **$12,427.50** |

**Hourly Fees by Task Code through October  2018**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 26.20 | $3,547.50 |
| INQR | Call Center / Credit Inquiry | 5.70 | $1,140.00 |

| RETN | Retention / Fee Application | 0.40 | $78.00 |
| SOFA | Schedules & SOFA | 6.20 | $1,084.00 |
| SOLI | Solicitation | 32.50 | $6,578.00 |
| | **TOTAL:** | **71.00** | **$12,427.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 10/02/18 | SW | DI | Review and provide comments to interim fee order | Retention / Fee Application | 0.20 |
| 10/03/18 | MJCA | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 10/04/18 | SW | DI | Review and finalize proposed interim fee order | Retention / Fee Application | 0.20 |
| 10/08/18 | MJCA | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.20 |
| 10/09/18 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation update | Solicitation | 0.10 |
| 10/09/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.20 |
| 10/09/18 | SLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.80 |
| 10/10/18 | JFD | DS | Respond to counsel email regarding plan class report | Solicitation | 0.80 |
| 10/10/18 | JLK | DI | Prepare Schedule A/B amendments | Schedules & SOFA | 0.70 |
| 10/10/18 | OB | SC | Review and revise Schedule A/B | Schedules & SOFA | 1.60 |
| 10/11/18 | ATO | SA | Prepare plan class reports for solicitation mailing | Solicitation | 1.80 |
| 10/11/18 | CLL | SA | Review solicitation documents for purposes of plan-classing of creditor database | Solicitation | 0.80 |
| 10/12/18 | CP | DS | Coordinate with Prime Clerk case team regarding treatment of certain claims for voting purposes | Solicitation | 0.20 |
| 10/12/18 | JLK | DI | Prepare Schedule A/B amendments | Schedules & SOFA | 0.50 |
| 10/12/18 | OB | SC | Review and revise Schedule A/B | Schedules & SOFA | 1.00 |
| 10/12/18 | SLL | SA | Review and respond to inquiry from Robert Poppiti related to solicitation | Solicitation | 3.10 |
| 10/15/18 | ATO | SA | Prepare plan class reports for solicitation mailing | Solicitation | 1.70 |
| 10/15/18 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation status, plan class report and solicitation-related correspondence with YCST | Solicitation | 0.40 |
| 10/15/18 | SLL | SA | Review and respond to inquiry from Counsel related to combined hearing notice publication | Solicitation | 1.40 |
| 10/15/18 | SLL | SA | Review and respond to inquiry from Counsel related to solicitation | Solicitation | 2.60 |
| 10/16/18 | ATO | SA | Prepare plan class reports for solicitation mailing | Solicitation | 0.50 |
| 10/16/18 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation | Solicitation | 0.60 |

| | | | | | |
|---|---|---|---|---|---|
| | | | status and plan class report issues | | |
| 10/16/18 | JFD | DS | Review final plan class report | Solicitation | 1.80 |
| 10/16/18 | SLL | SA | Review and respond to inquiry from Debtors' counsel related to publication notice | Solicitation | 0.70 |
| 10/16/18 | SLL | SA | Review and respond to inquiry from Debtors' Counsel related to solicitation | Solicitation | 0.70 |
| 10/17/18 | CLL | SA | Update case website with e-balloting | Solicitation | 0.50 |
| 10/17/18 | SLL | SA | Update case website with solicitation materials | Solicitation | 0.50 |
| 10/17/18 | SLL | SA | Review and respond to inquiry from Counsel related to solicitation | Solicitation | 0.60 |
| 10/17/18 | SLL | SA | Respond to creditor inquiries regarding solicitation process | Call Center / Credit Inquiry | 2.60 |
| 10/17/18 | STK | SA | Update Prime Clerk's proprietary e-balloting platform with all relevant documents and fields for all classes entitled to vote on the plan | Solicitation | 5.20 |
| 10/18/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.20 |
| 10/18/18 | SLL | SA | Review and respond to inquiry from Debtors' counsel related to publication notice | Solicitation | 0.80 |
| 10/19/18 | SLL | SA | Review and respond to inquiry from Debtors' Counsel related to publication | Solicitation | 0.40 |
| 10/22/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.60 |
| 10/22/18 | SJ | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.40 |
| 10/22/18 | SLL | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.90 |
| 10/23/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.10 |
| 10/23/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.00 |
| 10/24/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 10/24/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.60 |
| 10/25/18 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 10/25/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 10/25/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.30 |
| 10/26/18 | HST | SA | Review and analyze incoming ballots for validity | Ballots | 0.60 |
| 10/26/18 | MLC | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.60 |
| 10/26/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.60 |
| 10/26/18 | RAR | TC | Technical support for creation of ballot audit script | Ballots | 0.40 |
| 10/26/18 | SJ | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.90 |
| 10/26/18 | SMJ | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 10/26/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.00 |

| Date | Initials | Code | Description | Category | Hours |
|------|----------|------|-------------|----------|-------|
| 10/26/18 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 10/29/18 | CLL | SA | Review and analyze incoming ballots for validity | Ballots | 0.90 |
| 10/29/18 | CMKK | SA | Review and analyze incoming ballots for validity | Ballots | 1.10 |
| 10/29/18 | MJCA | SA | Review and analyze incoming ballots for validity | Ballots | 1.30 |
| 10/29/18 | MJCA | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.80 |
| 10/29/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.20 |
| 10/29/18 | RJV | SA | Review and analyze incoming ballots for validity | Ballots | 0.50 |
| 10/29/18 | SJ | AN | Record receipt and timeliness of incoming ballots | Ballots | 1.80 |
| 10/29/18 | SLL | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.80 |
| 10/29/18 | STK | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 10/29/18 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 10/29/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.70 |
| 10/29/18 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.30 |
| 10/30/18 | CMKK | SA | Review and analyze incoming ballots for validity | Ballots | 0.80 |
| 10/30/18 | HST | SA | Review and analyze incoming ballots for validity | Ballots | 1.20 |
| 10/30/18 | KS | TC | Technical support for processing of ballots | Ballots | 0.80 |
| 10/30/18 | MJCA | SA | Review and analyze incoming ballots for validity | Ballots | 0.60 |
| 10/30/18 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.30 |
| 10/30/18 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 10/30/18 | SJ | AN | Record receipt and timeliness of incoming ballots | Ballots | 2.00 |
| 10/30/18 | SLL | SA | Respond to creditor inquiries regarding solicitation process | Call Center / Credit Inquiry | 1.30 |
| 10/30/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.00 |
| 10/30/18 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 1.00 |
| 10/31/18 | CLL | SA | Review and analyze incoming ballots for validity | Ballots | 0.40 |
| 10/31/18 | RJV | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.50 |
| 10/31/18 | SLL | SA | Review and analyze incoming ballots for validity | Ballots | 0.50 |
| 10/31/18 | SLL | SA | Respond to creditor inquiries regarding solicitation process | Call Center / Credit Inquiry | 0.90 |
| 10/31/18 | SLL | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.90 |
| 10/31/18 | SVH | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.20 |

**Total Hours**      **71.00**

RMH Franchise

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| After Hours Transportation | | | $59.73 |
| Overtime Meals | | | $20.00 |
| **Total Expenses** | | | **$79.73** |

## Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Lonergan, Senan | 10/9/2018 | After Hours Transportation | $59.73 |
| Lonergan, Senan | 10/9/2018 | Overtime Meal | $20.00 |
| **Total** | | | **$79.73** |