**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Steven Gilbert, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 14, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- [Amended] Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of Plan and Procedures and Deadline for Objecting to Confirmation of Plan, and (IV) Procedures and Deadline for Voting on Plan [Docket No. 636]

On November 14, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Lloyd Y. Thompson [MMLID 6849042], 3752 Devils Garden Road, Medford, OR 97504-9714:

- Notice of (I) Possible Assumption of Executory Contracts and Unexpired Leases, (II) Fixing Cure Amounts and (III) Deadline to Object Thereto [Docket No. 689]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

Dated: November 19, 2018

Steven Gilbert

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 19, 2018 by Steven Gilbert, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

SRF 28927

**<u>Exhibit A</u>**

## Exhibit A
### Supplemental Service List
### Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 6815796 | Adair, Rebecca C. | Address on file | | | | | | |
| 6820738 | Christopher, Stephanie L. | Address on file | | | | | | |
| 6825872 | Geisler, Sydney | Address on file | | | | | | |
| 6826806 | Gresham, Andrea K. | Address on file | | | | | | |
| 6827233 | Haines, Jacklyn P. | Address on file | | | | | | |
| 6828045 | Heggem, Rachael E. | Address on file | | | | | | |
| 6831781 | Larson, Sara E. | Address on file | | | | | | |
| 6832467 | Logan, Christopher J. | Address on file | | | | | | |
| 6832672 | Lorenzo, Flaviano | Address on file | | | | | | |
| 6833277 | Marcum, Hannah E. | Address on file | | | | | | |
| 6835343 | Moore, Austin G. | Address on file | | | | | | |
| 6835397 | Moore, Madison A. | Address on file | | | | | | |
| 6836095 | Neff, Jacob | Address on file | | | | | | |
| 6838199 | Pounds, Devon M. | Address on file | | | | | | |
| 6838214 | Powell, Elizabeth R. | Address on file | | | | | | |
| 6839059 | Reinhart, David R. | Address on file | | | | | | |
| 6839074 | Reiss, William A. | Address on file | | | | | | |
| 6840980 | Schell, Zachariah A. | Address on file | | | | | | |
| 6842402 | Smith, Olivia R. | Address on file | | | | | | |
| 6842664 | Souder, Alyssa A. | Address on file | | | | | | |
| 6842665 | Souder, Brent W. | Address on file | | | | | | |
| 6843016 | Stayer, Aisha C. | Address on file | | | | | | |
| 6843088 | Stemen, Whitney | Address on file | | | | | | |
| 6845857 | Watkins, Christyauna D. | Address on file | | | | | | |
| 6846024 | Weekly, Courtney J. | Address on file | | | | | | |
| 6846291 | White, Bryce T. | Address on file | | | | | | |
| 6846363 | White, Stacey D. | Address on file | | | | | | |
| 6511517 | Southern Glazer's Wine & Spirits of IN | 3901 Hanna Cir | | | | Indianapolis | IN | 46241-7210 |
| 6511487 | TRI-COUNTY WHOLESALE DIST | 703 Fairfield School Road | | | | Columbiana | OH | 44408-1629 |