# **EXHIBIT A**

## **Proposed Order**

01:23846546.10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. ____** |

## ORDER (I) AUTHORIZING THE DEBTORS TO ASSUME CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, (II) APPROVING THE EXTENSION OF CERTAIN ASSUMPTION DEADLINES, AND (III) FIXING OF CURE AMOUNTS WITH RESPECT THERETO

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to section 365 of the Bankruptcy Code, (i) authorizing the Debtors to assume the unexpired leases of non-residential real property identified on Exhibits 1 and 2 attached hereto (each, an "Assumed Lease," and collectively, the "Assumed Leases"), (ii) approving the extension of certain Assumption Deadlines for those leases included on Exhibit 3 attached hereto through and including the applicable extended Assumption Deadline listed on Exhibit 3 (the "Extended Assumption Deadline"), and (iii) fixing the amounts, pursuant to section 365(b)(1) of the Bankruptcy Code, required to be paid by the Debtors to satisfy any monetary defaults arising under the Assumed Leases as to the amounts identified for the Assumed Leases on Exhibits 1 and 2 attached hereto (including, without limitation, any and all amendments, modifications, side letters, memoranda of understanding, documents incorporated by reference, attachments and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E. Suite 600, Atlanta, GA 30328.

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

exhibits thereto, each, a "Cure Amount," and collectively, the "Cure Amounts"); and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors and is an appropriate exercise of the Debtors' business judgment; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors' assumption of the Assumed Leases is hereby approved as of the date of the entry of this Order.

3.      The Cure Amounts shall be fixed at the amounts set forth in Exhibits 1 and 2 attached hereto.  The Debtors shall pay the Cure Amounts, if any, to the respective Counterparties within thirty (30) days of the entry of this Order or such other date as the Debtors and the Counterparties may otherwise agree.

4.      Except to the extent that less favorable treatment has been agreed to by the Counterparties, any monetary defaults arising under each of the Assumed Leases shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the applicable Cure Amount, if any.  Assumption of the Assumed Leases shall result in the full release and satisfaction of any Claims (as defined in the Plan) or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership

interest composition or other bankruptcy-related defaults, arising under any Assumed Lease at any time before the date of the entry of this Order.  The Counterparties to the Assumed Leases shall be deemed to have consented to the Cure Amounts and shall be forever enjoined and barred from seeking any additional amount(s) on account of the Debtors' cure obligations under section 365 of the Bankruptcy Code or otherwise from the Debtors, their estates or the Reorganized Debtors.  The Debtors shall enjoy all of the rights and benefits under the Assumed Leases without the necessity of obtaining any party's written consent to the Debtors' assumption of the Assumed Leases, and the Counterparties shall be deemed to have waived any right to object, consent, condition or otherwise restrict the Debtors' assumption of the Assumed Leases.  Any proofs of claim filed in these chapter 11 cases with respect to an Assumed Lease shall be deemed disallowed and expunged, without further notice to or action, order, or approval of this Court.

5.    The Debtors have demonstrated adequate assurance of future performance under the Assumed Leases and have satisfied the requirements set forth in section 365(b)(1)(C) of the Bankruptcy Code.

6.    Nothing included in or omitted from the Motion or this Order, nor as a result of any payment made pursuant to this Order, shall impair, prejudice, waive or otherwise affect the rights of the Debtors and their estates, subject to appropriate notice and a hearing and this Court's approval unless otherwise agreed to by the respective Counterparties, to assign any of the Assumed Leases pursuant to, and in accordance with, the requirements of section 365 of the Bankruptcy Code.

7.    Except as specifically set forth herein, nothing included in or omitted from the Motion or this Order, nor as a result of any payment made pursuant to this Order, shall be deemed or construed as an admission as to the validity or priority of any claim against the

Debtors, an approval or assumption of any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code, or a waiver of the rights of the Debtors and the estates, or shall impair the ability of the Debtors and their estates, to contest the validity and amount of any payment made pursuant to this Order.

8.     The time within which the Debtors must assume or reject the Real Property Leases included on <u>Exhibit 3</u> hereto under section 365(d)(4) of the Bankruptcy Code is extended with the prior written consent of the Counterparties to such Real Property Leases, through and including the applicable Extended Assumption Deadline.

9.     This order is without prejudice to the rights of the Debtors and their estates to request additional extensions of time to assume or reject the Real Property Leases included on <u>Exhibit 3</u> hereto consistent with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.    Any and all rights, claims and defenses of the Debtors and their estates with respect to the Assumed Leases and the Real Property Leases included on <u>Exhibit 3</u> attached hereto shall be reserved, and nothing included in or omitted from the Motion or this Order shall impair, prejudice, waive or otherwise affect any such rights, claims and defenses.

11.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

12.    This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

13.    The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated:  _____, 2018
          Wilmington, Delaware

                                        _____
                                        Brendan Linehan Shannon
                                        United States Bankruptcy Judge

# **EXHIBIT 1**

**Assumed Leases**

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| 1008 Nederland Realty | RMH Franchise Corporation | Real Property Lease for Store 165 (700 NW Washington Blvd., Hamilton, OH) | $786.07 |
| 1514 Mount Vernon Avenue, LLC - Pruitt, Dale | RMH Franchise Corporation | Real Property Lease for Store 171 (1514 Mount Vernon Ave., Marion, OH) | $0.00 |
| 4440 Glen Este, LLC - Cornelia, Sawle | RMH Franchise Corporation | Real Property Lease for Store 159 (4440 Glen Este Withamsville Rd., Cincinnati, OH) | $0.00 |
| 5605 Second Avenue, LLC | RMH Franchise Corporation | Real Property Lease for Store 23 (5605 Second Avenue, Kearney, NE) | $0.00 |
| 5928 SW 17th LLC | RMH Franchise Corporation | Real Property Lease for Store 1 (5928 SW 17th Street, Topeka, KS) | $0.00 |
| 618 Development Corporation - Richardson, Ted | RMH Franchise Corporation | Real Property Lease for Store 115 (2810 Alexandria Pike, Highland Heights, KY) | $0.00 |
| A&A Bradley, LP | RMH Illinois, LLC | Real Property Lease for Store 50 (1040 N Kinzie Ave., Bradley, IL) | $0.00 |
| Agree Limited Partnership | RMH Franchise Corporation | Real Property Lease for Store 38 (1519 W Harrison Ave., Harlingen, TX) | $0.00 |
| ARC NPHUBOH001, LLC | RMH Franchise Corporation | Real Property Lease for Store 168 (8331 Old Troy Pike, Huber Heights, OH) | $0.00 |
| Billeaud & St. Julien, Inc. - Voorhies, Marguerite | RMH Franchise Corporation | Real Property Lease for Store 46 (2002 N. Highway 81, Duncan, OK) | $0.00 |
| Charles Parnes - Parnes, Charles | RMH Franchise Corporation | Real Property Lease for Store 170 (1615 River Valley Cir. N., Lancaster, OH) | $0.00 |
| Chaves Lake-Park Corp. - Chaves, Jerome | RMH Illinois, LLC | Real Property Lease for Store 56 (125 S Randall Rd., Elgin, IL) | $0.00 |
| CRI Outparcels, LLC | RMH Franchise Corporation | Real Property Lease for Store 174 (3894 Morse Rd., Columbus, OH) | $0.00 |
| Cross Creek Limited Partnership | RMH Franchise Corporation | Real Property Lease for Store 166 (967 Hebron Rd., Heath, OH) | $0.00 |
| DDR PTC LLC | RMH Franchise Corporation | Real Property Lease for Store 177 (1161 Polaris Parkway, Columbus, OH) | $0.00 |

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| George K. Chen and Wanda Chen | RMH Franchise Corporation | Real Property Lease for Store 77 (8425 Broadway, Merrillville, IN) | $0.00 |
| Great East Mall, Inc. | RMH Franchise Corporation | Real Property Lease for Store 175 (904 Great East Plz, Niles, OH) | $0.00 |
| Harkan Properties, LLC | RMH Franchise Corporation | Real Property Lease for Store 137 (13832 W. McDowell Rd., Goodyear, AZ) | $0.00 |
| Heavenly Blue, LLC | RMH Franchise Corporation | Real Property Lease for Store 112 (1761 Sharkey Way, Lexington, KY) | $0.00 |
| Hermitage Development Company | RMH Franchise Corporation | Real Property Lease for Store 195 (201 S. Hermitage Rd., Hermitage, PA) | $0.00 |
| Isaac Property Company Limited Partnership | RMH Franchise Corporation | Real Property Lease for Store 89 (1003 N Clinton St., Defiance, OH) | $0.00 |
| JBJ ALT LLC - JBJ ALT LLC | RMH Franchise Corporation | Real Property Lease for Store 100 (10719 International Blvd., Laredo, TX) | $0.00 |
| Joseph Brothers Realty, Inc. | RMH Franchise Corporation | Real Property Lease for Store 95 (4702 Monroe St., Toledo, OH) | $0.00 |
| Kamilche AZ, LP | RMH Franchise Corporation | Real Property Lease for Store 125 (5880 W. Peoria Ave., Glendale, AZ) | $0.00 |
| Kingco Real Estate, LLC - Scanlon, Michael J | RMH Franchise Corporation | Real Property Lease for Store 173 (3240 Towne Blvd., Middletown, OH) | $0.00 |
| Maquila Trades and Forwarding LLC - Garza Barajas', C.P. Cipriano | RMH Franchise Corporation | Real Property Lease for Store 36 (4601 N 10th Street, McAllen, TX) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 66 (202 E Wendell Jacob Ave., Angola, IN) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 103 (1307 US Highway 127 S., Frankfort, KY) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 109 (690 Maysville Rd., Mt. Sterling, KY) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 111 (300 Skywatch Dr., Danville, KY) | $0.00 |

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 114 (7383 Turfway Rd., Florence, KY) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 116 (175 Wal Mart Way, Maysville, KY) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 121 (2180 Baseline Rd., Phoenix, AZ) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 145 (6259 E Southern Ave., Mesa, AZ) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 182 (1759 W Main St., Troy, OH) | $0.00 |
| Northern Lights, LLC | RMH Franchise Holdings, Inc. | Real Property Lease 950 (2021 Pine Lake Rd., Suite 100, Lincoln, NE) | $0.00 |
| Nunamaker Family LImited Partnership II - Nunamaker, Jon | RMH Franchise Corporation | Real Property Lease for Store 106 (1525 W Lexington Ave., Winchester, KY) | $0.00 |
| Peru GKD Partners, LLC - Evan Schulman | RMH Illinois, LLC | Real Property Lease for Store 63 (1507 36th St., Peru, IL) | $0.00 |
| Powell-Roseberry, LLC | RMH Franchise Corporation | Real Property Lease for Store 48 (1820 US Highway 181, Portland, TX) | $0.00 |
| Power & Ray, LLC | RMH Franchise Corporation | Real Property Lease for Store 133 (4712 E Ray Rd., Gilbert, AZ) | $0.00 |
| RCH Properties, LLC - Hall, Russell | RMH Franchise Corporation | Real Property Lease for Store 181 (1800 W 1st St., Springfield, OH) | $0.00 |
| Rising Sun Xenia, LLC | RMH Franchise Corporation | Real Property Lease for Store 188 (1991 Harner Dr., Xenia, OH) | $0.00 |
| RMGT Building, LLC | RMH Franchise Corporation | Real Property Lease for Store 80 (330 Ridge Rd., Munster, IN) | $0.00 |
| Rockstep Scottsbluff, LLC - Stewart, Tommy | RMH Franchise Corporation | Real Property Lease for Store 6 (2302 Frontage Rd Ste 10, Scottsbluff, NE) | $0.00 |
| Second T&K Real Estate, LLC - Scanlon, Michael J | RMH Franchise Corporation | Real Property Lease for Store 156 (820 N Bridge St., Chillicothe, OH) | $0.00 |
| Shri Raj Hospitality LLC | RMH Franchise Corporation | Real Property Lease for Store 21 (4619 S Lincoln Ave., York, NE) | $0.00 |

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| Sierra Vista Mall, LLC | RMH Franchise Corporation | Real Property Lease for Store 144 (3899 El Mercado Loop, Sierra Vista, AZ) | $0.00 |
| South Platte Leasing, LLC - Keenan, J Patrick | RMH Franchise Corporation | Real Property Lease for Store 5 (102 Platte Oasis Pkwy, North Platte, NE) | $0.00 |
| Speedy Convenience, Inc. - Rowe, Beverly J | RMH Franchise Corporation | Real Property Lease for Store 4 (4004 Frederick Ave., St. Joseph, MO) | $0.00 |
| Spirit Master Funding III, LLC | RMH Illinois, LLC | Real Property Lease for Store 60 (2795 Plainfield Rd., Joliet, IL) | $0.00 |
| Springboro-Harrison, LTD. - Leathery, Jr., Donald L | RMH Franchise Corporation | Real Property Lease for Store 180 (881 W Central Ave., Springboro, OH) | $0.00 |
| STORE Capital Acquisitions, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 12 (2810 S Soncy Rd., Amarillo, TX) | $0.00 |
| STORE Capital Acquisitions, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 14 (6211 NW Cache Rd., Lawton, OK) | $0.00 |
| STORE Capital Acquisitions, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 42 (1220 N Mississippi Ave., Ada, OK) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 67 (507 Ley Dr., Auburn, IN) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 69 (4510 N Clinton St., Fort Wayne, IN) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 70 (5788 Coventry Ln., Fort Wayne, IN) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 72 (5414 Meijer Dr., Fort Wayne, IN) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 73 (1807 Rieth Blvd., Goshen, IN) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 82 (6211 US Highway 6, Portage, IN) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 86 (670 Morthland Dr., Valparaiso, IN) | $0.00 |

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 9 (2901 Eaglecrest Dr., Emporia, KS) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 92 (2200 N State Route 53, Fremont, OH) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 93 (3296 Elida Rd., Lima, OH) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 94 (1925 Roschman Ave., Lima, OH) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 96 (3007 Curtice Rd., Northwood, OH) | $0.00 |
| SWEP, LLC | RMH Franchise Corporation | Real Property Lease for Store 153 (6691 South Ave., Boardman, OH) | $0.00 |
| The J. Scott Custer and Tina Custer Living Trust dated September 18, 2008 - Custer, J. Scott | RMH Franchise Corporation | Real Property Lease for Store 47 (1829 W US Expressway 83, Weslaco, TX) | $0.00 |
| Thompson, Lloyd Y | RMH Franchise Corporation | Real Property Lease for Store 127 (9330 W Northern Ave., Glendale, AZ) | $0.00 |
| Townsend, John R | RMH Franchise Corporation | Real Property Lease for Store 13 (2911 Kemp Blvd., Wichita Falls, TX) | $0.00 |
| Uptown Plaza Associates | RMH Franchise Corporation | Real Property Lease for Store 147 (2 E Camelback Rd., Phoenix, AZ) | $0.00 |
| V7 Investments, LLC - Dobson, David M | RMH Franchise Corporation | Real Property Lease for Store 138 (2053 S Alma School Rd., Mesa, AZ) | $0.00 |
| Villaveen, LLC | RMH Franchise Corporation | Real Property Lease for Store 123 (5210 W Baseline Rd., Laveen, AZ) | $0.00 |
| Watkins Warsaw, LLC - Watkins, Lawrence A | RMH Franchise Corporation | Real Property Lease for Store 87 (2621 E Center St., Warsaw, IN) | $0.00 |
| Wesdorp Properties, LLC - Wesdorp, Benet E | RMH Franchise Corporation | Real Property Lease for Store 160 (5331 Pleasant Ave., Fairfield, OH) | $0.00 |

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| Westfest, LLC - Richard, Decker C | RMH Franchise Corporation | Real Property Lease for Store 148 (2651 N 75th Ave., Phoenix, AZ) | $0.00 |
| White Mountain Mall, LLC | RMH Franchise Corporation | Real Property Lease for Store 10 (2491 Foothill Blvd., Rock Springs, WY) | $0.00 |
| White-Spunner Development Company, Inc. | RMH Franchise Corporation | Real Property Lease for Store 32 (2409 S McKenzie St., Foley, AL) | $0.00 |
| WRI Trautmann, LP | RMH Franchise Corporation | Real Property Lease for Store 37 (7601 San Dario Ave., Laredo, TX) | $0.00 |

## **EXHIBIT 2**

**Assumed Leases Subject to Lease Modification**

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| 75-11 &13 Metropolitan LLC - DeGregorio, Clement | RMH Franchise Corporation | Real Property Lease for Store 88 (266 E Alexis Rd., Toledo, OH) | $0.00 |
| Advantage III Incorporated, LLC - Dhupar, Scott | RMH Franchise Corporation | Real Property Lease for Store 7 (3209 E. Grand Ave., Laramie, WY) | $0.00 |
| Agree Limited Partnership | RMH Franchise Corporation | Real Property Lease for Store 31 (165 E Nine Mile Rd, Pensacola, FL) | $0.00 |
| AP Dayton, LLC - Chung, Gerald | RMH Franchise Corporation | Real Property Lease for Store 157 (105 N Springboro Pike, Dayton, OH) | $0.00 |
| Braeburn Investment Group, LLP - Struchtemeyer, Brian | RMH Franchise Corporation | Real Property Lease for Store 179 (221 N. Vandemark Rd., McHenry, IL) | $0.00 |
| Brixmor SPE 3 LLC | RMH Illinois, LLC | Real Property Lease for Store 54 (4937 Cal Sag Rd., Crestwood, IL) | $0.00 |
| D'Agostino Family Partnership, LP | RMH Franchise Corporation | Real Property Lease for Store 49 (306 E. Mile 3 Rd., Palmhurt, TX) | $0.00 |
| Dellagatta, Tasha | RMH Franchise Corporation | Real Property Lease for Store 45 (1401 Dell Range Blvd., Cheyenne, WY) | $0.00 |
| Divall Insured Income Properties 2 Limited Partnership | RMH Franchise Corporation | Real Property Lease for Store 155 (2755 Brice Rd., Reynoldsburg, OH) | $0.00 |
| Diverse Real Estate Group, LLC - Zerefos, Demetri | RMH Franchise Corporation | Real Property Lease for Store 196 (4425 National Rd. E., Richmond, IN) | $0.00 |
| Eastside Plaza Properties, LLC - Rick Paulk | RMH Franchise Corporation | Real Property Lease for Store 28 (8670 US Highway 98 West, Miramar Beach, FL) | $0.00 |
| Farahbod Real Estate, LLC - Farahbod, Kaweh | RMH Illinois, LLC | Real Property Lease for Store 59 (9380 Joliet Rd., Hodgkins, IL) | $0.00 |
| FX Net Lease Holdings, LLC | RMH Franchise Corporation | Real Property Lease for Store 78 (6615 N Main St., Granger, IN) | $0.00 |
| General Growth Management, Inc. | RMH Franchise Corporation | Real Property Lease for Store 139 (5870 E Broadway Blvd Ste 3005, Tucson, AZ) | $0.00 |
| Helco Corporation - Brennan, Mark | RMH Illinois, LLC | Real Property Lease for Store 62 (1700 N Richmond Rd., McHenry, IL) | $0.00 |

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| Hugh D. Campbell and Sue A. Campbell as Trustees | RMH Franchise Corporation | Real Property Lease for Store 183 (6084 Mulhauser Rd., West Chester, OH) | $0.00 |
| JBY Company, Inc - Hardy, John Jay | RMH Franchise Corporation | Real Property Lease for Store 90 (531 W Dussel Dr., Maumee, OH) | $0.00 |
| JIL Investments, LLC | RMH Franchise Corporation | Real Property Lease for Store 126 (8001 W. Bell Rd., Peoria, AZ) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 108 (121 N. Plaza Dr., Nicholasville, KY) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 110 (1500 Oxford Dr., Georgetown, KY) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 113 (30 Town Center Blvd., Crestview Hills, KY) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 122 (2547 N 44th St., Phoenix, AZ) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 164 (2020 Stringtown Rd., Grove City, OH) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 167 (5561 Westchester Woods Blvd., Hilliard, OH) | $0.00 |
| National Retail Properties, LP | RMH Franchise Corporation | Real Property Lease for Store 187 (1795 Delco Park Dr., Kettering, OH) | $0.00 |
| Pogback Real Estate, LLC | RMH Franchise Corporation | Real Property Lease for Store 81 (2225 N Oak Dr., Plymouth, IN) | $0.00 |
| R.F. Fergen Equity Trust - Kidwell, Scott & Constance | RMH Franchise Corporation | Real Property Lease for Store 134 (13756 W Bell Rd., Surprise, AZ) | $0.00 |
| Rini Marysville Corp | RMH Franchise Corporation | Real Property Lease for Store 172 (1099 Delaware Ave., Marysville, OH) | $0.00 |
| Scottsdale Club Villas Development, an Arizona corporation | RMH Franchise Corporation | Real Property Lease for Store 129 (1143 N Higley Rd., Mesa, AZ) | $0.00 |
| Spirit Master Funding III, LLC | RMH Illinois, LLC | Real Property Lease for Store 52 (6656 W Grand Ave., Chicago, IL) | $0.00 |
| SPUS8 CCC, LP | RMH Franchise Corporation | Real Property Lease 994 (1 Concourse Pkwy, Suite 600, Atlanta, GA) | $110.00 |

| Counterparty | Debtor | Assumed Lease | Cure Amount |
|---|---|---|---|
| Starwood Retail, Jake Miller | RMH Franchise Corporation | Real Property Lease for Store 8 (318 Gateway Mall, Lincoln, NE) | $0.00 |
| STORE Capital Acquisitions, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 11 (4025 S Loop 289, Lubbock, TX) | $0.00 |
| STORE Capital Acquisitions, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 41 (3501 N Main St., Altus, OK) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 15 (2680 W Broadway St., Ardmore, OK) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 19 (721 N Diers Ave., Grand Island, NE) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 20 (2919 S Main St., Maryville, MO) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 22 (1927 Cliff Davis Ave., Gillette, WY) | $0.00 |
| STORE Master Funding II, LLC - Bennett, Michael T | RMH Franchise Corporation | Real Property Lease for Store 3 (3730 Village Dr., Lincoln, NE) | $0.00 |
| Summit Realty Group of Indiana, Inc. - Petruska, Kenneth | RMH Franchise Corporation | Real Property Lease for Store 84 (1150 E Ireland Rd., South Bend, IN) | $0.00 |
| Triple H Investments LLC | RMH Franchise Corporation | Real Property Lease for Store 16 (3951 N 27th St., Lincoln, NE) | $0.00 |
| UrbanCal Manhattan Town Center, LLC | RMH Franchise Corporation | Real Property Lease for Store 2 (100 Manhattan Town Center Ste P5, Manhattan, KS) | $0.00 |
| Watkins Fort Wayne, LLC - Watkins, Lawrence A | RMH Franchise Corporation | Real Property Lease for Store 76 (6525 Lima Rd., Fort Wayne, IN) | $0.00 |
| Yavapai-Prescott Indian Tribe | RMH Franchise Corporation | Real Property Lease for Store 141 (1881 E State Route 69, Prescott, AZ) | $0.00 |

## <u>EXHIBIT 3</u>

**Leases With Consensual Assumption Deadline Extensions**

| Counterparty | Debtor | Lease | Extended Assumption Deadline |
|---|---|---|---|
| American Timber Company - Yard, Henry | RMH Franchise Corporation | Real Property Lease for Store 91 (2531 Tiffin Ave., Findlay, OH) | Through and including the effective date of a chapter 11 plan for RMH Franchise Corporation in these chapter 11 cases |
| ARC CAFEUSA001, LLC | RMH Franchise Corporation | Real Property Lease for Store 33 (1601 Bienville Blvd., Ocean Springs, MS) | The earlier of (i) the date this Court enters an order confirming the Plan in these chapter 11 cases or (ii) January 31, 2019 (the "ARC 365(d)(4) Extension"); *provided, however*, if this Real Property Lease or any of the other ARC Related Leases[1] are assumed pursuant to the Plan, as confirmed by this Court on or before the foregoing deadline, but the Plan does not become effective pursuant to Section 9.03 of the Plan, RMH Franchise Corporation shall notify the Counterparty to this Real Property Lease in writing that the Plan is |

---

[1]  For purposes of this Order, the "ARC Related Leases" shall mean the Real Property Leases for the following addresses:

| ADDRESS | CITY | ST | ZIP CODE |
|---|---|---|---|
| 215 Rasberry Road | Crestview | FL | 32536 |
| 6691 South Padre Island Drive | Corpus Christi | TX | 78412 |
| 1913 West Trenton Road | Edinburg | TX | 78539 |
| 514 East Expressway 83 | McAllen | TX | 78503 |
| 1601 Bienville Boulevard | Ocean Springs | MS | 19564 |

| | | | |
|---|---|---|---|
| | | | null and void (the "ARC Plan Notice") and RMH Franchise Corporation and the Counterparty to this Real Property Lease agree that (y) neither this Real Property Lease nor any of the other ARC Related Leases shall be deemed assumed or rejected solely as a result of such non-occurrence of the effective date under the Plan, and (z) the ARC 365(d)(4) Extension shall be deemed further extended to the earlier of (1) the date this Court enters an order confirming a subsequent plan of reorganization in these chapter 11 cases or (2) the date that is 60 days after the date of the ARC Plan Notice |
| ARC CAFEUSA001, LLC | RMH Franchise Corporation | Real Property Lease for Store 34 (215 Rasberry Rd., Crestview, FL) | The earlier of (i) the date this Court enters an order confirming the Plan in these chapter 11 cases or (ii) January 31, 2019 (the "ARC 365(d)(4) Extension"); provided, however, if this Real Property Lease or any of the other ARC Related Leases are assumed pursuant to the Plan, as confirmed by this Court on or before the foregoing deadline, but the Plan does not become effective pursuant to Section 9.03 of the Plan, RMH Franchise Corporation |

| | | | |
|---|---|---|---|
| | | | shall notify the Counterparty to this Real Property Lease in writing that the Plan is null and void (the "ARC Plan Notice") and RMH Franchise Corporation and the Counterparty to this Real Property Lease agree that (y) neither this Real Property Lease nor any of the other ARC Related Leases shall be deemed assumed or rejected solely as a result of such non-occurrence of the effective date under the Plan, and (z) the ARC 365(d)(4) Extension shall be deemed further extended to the earlier of (1) the date this Court enters an order confirming a subsequent plan of reorganization in these chapter 11 cases or (2) the date that is 60 days after the date of the ARC Plan Notice |
| ARC CAFEUSA001, LLC | RMH Franchise Corporation | Real Property Lease for Store 35 (514 E. Expressway 83, McAllen, TX) | The earlier of (i) the date this Court enters an order confirming the Plan in these chapter 11 cases or (ii) January 31, 2019 (the "ARC 365(d)(4) Extension"); provided, however, if this Real Property Lease or any of the other ARC Related Leases are assumed pursuant to the Plan, as confirmed by this Court on or before the foregoing deadline, but the Plan does not |

| | | | |
|---|---|---|---|
| | | | become effective pursuant to Section 9.03 of the Plan, RMH Franchise Corporation shall notify the Counterparty to this Real Property Lease in writing that the Plan is null and void (the "ARC Plan Notice") and RMH Franchise Corporation and the Counterparty to this Real Property Lease agree that (y) neither this Real Property Lease nor any of the other ARC Related Leases shall be deemed assumed or rejected solely as a result of such non-occurrence of the effective date under the Plan, and (z) the ARC 365(d)(4) Extension shall be deemed further extended to the earlier of (1) the date this Court enters an order confirming a subsequent plan of reorganization in these chapter 11 cases or (2) the date that is 60 days after the date of the ARC Plan Notice |
| ARC CAFEUSA001, LLC | RMH Franchise Corporation | Real Property Lease for Store 39 (6691 S. Padre Island, Corpus Christi, TX) | The earlier of (i) the date this Court enters an order confirming the Plan in these chapter 11 cases or (ii) January 31, 2019 (the "ARC 365(d)(4) Extension"); provided, however, if this Real Property Lease or any of the other ARC Related Leases are assumed pursuant to the |

| | | | Plan, as confirmed by this Court on or before the foregoing deadline, but the Plan does not become effective pursuant to Section 9.03 of the Plan, RMH Franchise Corporation shall notify the Counterparty to this Real Property Lease in writing that the Plan is null and void (the "ARC Plan Notice") and RMH Franchise Corporation and the Counterparty to this Real Property Lease agree that (y) neither this Real Property Lease nor any of the other ARC Related Leases shall be deemed assumed or rejected solely as a result of such non-occurrence of the effective date under the Plan, and (z) the ARC 365(d)(4) Extension shall be deemed further extended to the earlier of (1) the date this Court enters an order confirming a subsequent plan of reorganization in these chapter 11 cases or (2) the date that is 60 days after the date of the ARC Plan Notice |
| --- | --- | --- | --- |
| ARC CAFEUSA001, LLC | RMH Franchise Corporation | Real Property Lease for Store 43 (1913 Trenton Road, Edinbugh, TX) | The earlier of (i) the date this Court enters an order confirming the Plan in these chapter 11 cases or (ii) January 31, 2019 (the "ARC 365(d)(4) Extension"); provided, however, if |

| | | | |
|---|---|---|---|
| | | | this Real Property Lease or any of the other ARC Related Leases are assumed pursuant to the Plan, as confirmed by this Court on or before the foregoing deadline, but the Plan does not become effective pursuant to Section 9.03 of the Plan, RMH Franchise Corporation shall notify the Counterparty to this Real Property Lease in writing that the Plan is null and void (the "ARC Plan Notice") and RMH Franchise Corporation and the Counterparty to this Real Property Lease agree that (y) neither this Real Property Lease nor any of the other ARC Related Leases shall be deemed assumed or rejected solely as a result of such non-occurrence of the effective date under the Plan, and (z) the ARC 365(d)(4) Extension shall be deemed further extended to the earlier of (1) the date this Court enters an order confirming a subsequent plan of reorganization in these chapter 11 cases or (2) the date that is 60 days after the date of the ARC Plan Notice |
| FHM Partners, LLC | RMH Franchise Corporation | Real Property Lease for Store 131 (2230 W. Ina Rd., Tucson, AZ) | Through and including the effective date of a chapter 11 plan for RMH Franchise |

| | | | Corporation in these chapter 11 cases |
|---|---|---|---|
| Jeff W. Seguin and Madalyn B. Seguin, Trustees | RMH Franchise Corporation | Real Property Lease for Store 128 (2032 Baseline Rd., Mesa, AZ) | Through and including the effective date of a chapter 11 plan for RMH Franchise Corporation in these chapter 11 cases |
| OSL Securities, LLC - Lewis, Scott & Oma | RMH Franchise Corporation | Real Property Lease for Store 161 (1590 Georgesville Square Dr., Columbus, OH) | Through and including the effective date of a chapter 11 plan for RMH Franchise Corporation in these chapter 11 cases |
| Pine View Village, LLC - Helton, Ron | RMH Franchise Corporation | Real Property Lease for Store 27 (1001 Westside Dr., Durant, OK) | Through and including the effective date of a chapter 11 plan for RMH Franchise Corporation in these chapter 11 cases |
| PPS Company, LLC - Jarusiewicz, Betty J | RMH Franchise Corporation | Real Property Lease for Store 75 (602 Fairview Blvd., Kendallville, IN) | Through and including the effective date of a chapter 11 plan for RMH Franchise Corporation in these chapter 11 cases |
| SBSW LP | RMH Franchise Corporation | Real Property Lease for Store 24 (328 E 23rd St., Columbus, NE) | January 31, 2019 |
| The Tanner Trust and The Zonshine Trust | RMH Franchise Corporation | Real Property Lease for Store 74 (346 Hauenstein Rd., Huntington, IN) | Through and including the effective date of a chapter 11 plan for RMH Franchise Corporation in these chapter 11 cases |