## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 16, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Notice Parties Service List attached hereto as **Exhibit A**:

- Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Periods from (I) August 1, 2018 through August 31, 2018, (II) September 1, 2018 through September 30, 2018 and (III) October 1, 2018 through October 31, 2018 [Docket No. 783]

Dated: November 20, 2018

Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 20, 2018 by Alain B. Francoeur, proved to me on th asis of satisfactory evidence to be the person who appeared before me.

Signature:

**ROBERT J. RUBEL JR.**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 50070782**
**My Commission Expires 10/25/2022**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

SRF 29022

**<u>Exhibit A</u>**

Exhibit A

Fee Application Notice Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bank of America, N.A. | Buchanan Ingersoll & Rooney PC | Attn: Geoffery G. Grivner, Mary F. Caloway<br>919 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | geoffrey.grivner@bipc.com<br>mary.caloway@bipc.com | Email |
| Fee Examiner | Direct Fee Review LLC | Attn: W. Joseph Dryer<br>1000 North West Street, Suite 1200<br>Wilmington DE 19801 | dfr.wjd@gmail.com | First Class Mail and Email |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Jason R. Adams, Lauren S. Schlussel, Maeghan J. McLoughlin<br>101 Park Avenue<br>27th Floor<br>New York NY 10178 | ewilson@kelleydrye.com<br>jadams@kelleydrye.com<br>lschlussel@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>KDWBankruptcyDepartment@kelleydrye.com | Email |
| Counsel to Bank of America, N.A. | Morris, Manning & Martin LLP | Attn: Frank W. DeBorde, Lisa Wolgast<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta GA 30326 | fdeborde@mmmlaw.com<br>lwolgast@mmmlaw.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Juliet M. Sarkessian<br>844 King St<br>Ste 2207<br>Wilmington DE 19801 | juliet.m.sarkessian@usdoj.gov | First Class Mail and Email |
| Debtors | RMH Franchise Holdings, Inc. | Attn: Matthew Cissell<br>One Concourse Parkway, N.E.<br>Suite 600<br>Atlanta GA 30328 | mcissell@rmhfranchise.com | Email |
| Counsel to Debtor | Young Conaway Stargatt & Taylor, LLP | Attn: M. Blake Cleary, Kenneth J. Enos, Robert F. Poppiti, Justin H. Rucki, Tara C. Pakrouh<br>100 North King Street<br>Wilmington DE 19801 | mbcleary@ycst.com<br>kenos@ycst.com<br>RPoppiti@ycst.com<br>jrucki@ycst.com<br>tpakrouh@ycst.com<br>BOlivere@ycst.com<br>JSazant@ycst.com<br>bwalters@ycst.com | Email |