**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 20, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**, and (2) via Overnight Mail on the Assumed Leases Service List attached hereto as **Exhibit B**, the Lease Modification Counterparties Service List attached hereto as **Exhibit C** and the Extended Assumption Deadline Counterparties Service List attached hereto as **Exhibit D**:

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases of Nonresidential Real Property (II) Approve Consensual Assumption Deadline Extensions; and (III) Fixing of Cure Amounts with Respect Thereto [Docket No. 797]

- Debtors' Motion for Entry of an Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases of Non-Residential Real Property (II) Approve Consensual Assumption Deadline Extensions; and (III) Fixing of Cure Amounts with Respect Thereto [Docket No. 798]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

Dated: November 21, 2018

_____
Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 21, 2018 by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

2                                                                    SRF 28341

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Merco VII, LLC | Allen Kuehnle Stovall & Neuman LLP | Attn: J. Matthew Fisher<br>17 South High Street<br>Suite 1220<br>Columbus OH 43215 | fisher@aksnlaw.com | First Class Mail and Email |
| Counsel to WRI Trautmann, L.P. | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | Attn: Ivan M. Gold, Esquire<br>Three Embarcadero Center<br>12th Floor<br>San Francisco CA 94111-4074 | igold@allenmatkins.com | Email |
| Counsel to McLane Foodservice, Inc. | Alston & Bird LLP | Attn: Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta GA 30309-3424 | jonathan.edwards@alston.com | First Class Mail and Email |
| Amur Equipment Finance, Inc. | Amur Equipment Finance, Inc. | Attn: Legal Dept.<br>308 N. Locust St.<br>Grand Island NE 68801 | legal@amuref.com | Email |
| Counsel to STORE Master Funding II, LLC and STORE SPE Applebee's 2013-1, LLC | Ballard Spahr LLP | Attn: Craig S. Ganz, Michael S. Myers<br>1 East Washington Street<br>Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to YAVAPAI-PRESCOTT INDIAN TRIBE and Westfest, LLC | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Esquire<br>Michael S. Myers, Esquire<br>1 E. Washington Street<br>Suite 2300<br>Phoenix AZ 85004 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to GGP Limited Partnership | Ballard Spahr LLP | Attn: David L. Pollack<br>1735 Market Street<br>51st Floor<br>Philadelphia PA 19103-7599 | pollack@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Inc. | Ballard Spahr LLP | Attn: David L. Pollack, Esq.<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | First Class Mail and Email |
| Counsel to Starwood Retail Partners, LLC, The Macerich Company | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067 | branchd@ballardspahr.com | Email |
| Counsel to GGP Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to STORE Master Funding II, LLC and STORE SPE Applebee's 2013-1, LLC, Starwood Retail Partners, LLC, The Macerich Company, WRI Trautmann, L.P. | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq.<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Brixmor Property Group, Inc. | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq., Chantelle McClamb, Esq. 919 Market Street 11th Floor Wilmington DE 19801 | heilmanl@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com | First Class Mail and Email |
| Counsel to YAVAPAI-PRESCOTT INDIAN TRIBE and Westfest, LLC | BALLARD SPAHR LLP | Attn: Leslie Heilman, Esquire Laurel D. Roglen, Esquire and Chantelle D. McClamb, Esquire 919 Market Street 11th Floor Wilmington DE 19801 | heilmanl@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com | Email |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, Evan T. Miller 600 N. King Street Suite 400 Wilmington DE 19801 | jalberto@bayardlaw.com efay@bayardlaw.com emiller@bayardlaw.com | Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill, Esq. One Atlantic Center, 14th Floor 1201 W. Peachtree Street, N.W. Atlanta GA 30309 | leah.fiorenza@bclplaw.com | First Class Mail and Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leslie A. Bayles, Esq. 161 North Clark Street Suite 4300 Chicago IL 60601 | leslie.bayles@bclplaw.com | First Class Mail and Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. 55 Second Street 17th Floor San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to Bank of America, N.A. | Buchanan Ingersoll & Rooney PC | Attn: Geoffery G. Grivner, Mary F. Caloway 919 North Market Street Suite 1500 Wilmington DE 19801 | geoffrey.grivner@bipc.com mary.caloway@bipc.com | Email |
| Official Committee of Unsecured Creditors | Chamora Ivery | c/o Jack Raisner Outten & Golden LLP 685 3rd Ave, 25 Fl New York NY 10017 | | First Class Mail |
| Counsel to 5928 SW 17th, LLC | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire Mark D. Olivere, Esquire Hercules Plaza 1313 North Market Street, Suite 5400 Wilmington DE 19801-6101 | chipman@chipmanbrown.com olivere@chipmanbrown.com | Email |
| Counsel to VPQCM LLC, Power & Ray, LLC | Clark Hill PLC | Attn: David M. Blau, Esq 151 S. Old Woodward Ave Suite 200 Birmingham MI 48009 | dblau@clarkhill.com | First Class Mail and Email |
| Counsel to VPQCM LLC, Power & Ray, LLC | Clark Hill PLC | Attn: Karen M Grivner, Esq 824 N. Market St. Suite 710 Wilmington DE 19801 | kgrivner@clarkhill.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Carolyn Rivers and Everett D. Rivers, Trustees for the Everett D. Rivers Family Trust, dated 9/13/1994, and 5605 Second Avenue, LLC | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan<br>1000 West Street<br>Suite 1400<br>Wilmington DE 19801 | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Counsel to Lagi Thomas as Guardian of Jessica Cemberci | Croskery Law Offices | Attn: Robert F. Croskery, Esq.<br>3905 Eastern Ave.<br>Suite 200<br>Cincinnati OH 45226 | rcroskery@croskerylaw.com | Email |
| Counsel to ACON Investments LLC | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com<br>kmann@crosslaw.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Denton US LLP | Attn: Joel Siegel, Samuel Maizel<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles CA 90071 | joel.siegel@dentons.com<br>samuel.maizel@dentons.com | Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Denton US LLP | Attn: Robert Richards, Geoffery Miller<br>233 South Wacker Drive<br>Suite 5900<br>Chicago IL 60606 | robert.richards@dentons.com<br>geoffrey.miller@dentons.com | Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn:  Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Counsel to the City of Laredo | Flores, Flores & Canales, PLLC | Attn: Christina Flores<br>5517 McPherson<br>Ste 14<br>Laredo TX 78041 | ffccpllc14@gmail.com | First Class Mail and Email |
| Counsel to JMAC Group, LLC | GRIFFIN HAMERSKY LLP | Attn: Michael D. Hamersky<br>420 Lexington Avenue<br>Suite 400<br>New York NY 10170 | mhamersky@grifflegal.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to CRI Outparcels, LLC | HARRIS, McCLELLAN, BINAU & COX P.L.L. | Attn: Ralph E. Dill, Esq.<br>37 West Broad Street<br>Suite 950<br>Columbus OH 43215 | rdill@hmbc.com | First Class Mail and Email |
| Counsel to ACON Investments LLC | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Esq<br>875 Third Avenue<br>New York NY 10022 | chris.donoho@hoganlovells.com | First Class Mail and Email |
| Counsel to Agree Pensacola LLC, Agree Pensacola Nine Mile LLC and | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit MI 48226 | llichtman@honigman.com | Email |
| Counsel to Gordon Food Service, Inc | Horwood Marcus & Berk Chartered | Attn: Jason M. Torf<br>500 West Madison<br>Suite 3700<br>Chicago IL 60661 | jtorf@hmblaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Jason R. Adams, Lauren S. Schlussel, Maeghan J. McLoughlin<br>101 Park Avenue<br>27th Floor<br>New York NY 10178 | ewilson@kelleydrye.com<br>jadams@kelleydrye.com<br>lschlussel@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>KDWBankruptcyDepartment@kelleydrye.com | Email |
| Counsel to ARC CAFEUSA001, LLC | Kutak Rock LLP | Attn: Lisa M. Peters, Esquire<br>1650 Farnam Street<br>Omaha NE 68102-2103 | lisa.peters@kutakrock.com | First Class Mail and Email |
| Counsel to Nueces, County, City of Harlingen, Hidalgo County, San Patricio County, Harlingen CISD, Cameron County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders<br>PO Box 17428<br>Austin TX 78760 | | First Class Mail |
| Counsel to Chamora Ivery | LOIZIDES, P.A. | Attn: Christopher D. Loizides<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 | loizides@loizides.com | First Class Mail and Email |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig, Deputy County Attorney<br>Civil Services Division<br>222 North Central Avenue<br>Phoenix AZ 85004-2206 | muthigk@mcao.maricopa.gov | Email |
| Counsel to Shelton's Farm Market, Sirna & Sons, Inc., and Grand Avenue Produce Co., Inc. | McCarron & Diess | Attn: Mary Jean Fassett<br>4530 Wisconsin Avenue, NW<br>Suite 301<br>Washington DC 20016 | mjf@mccarronlaw.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Curtis James Investments, Counsel to AppleLAND II, LLC | McDonald Hopkins LLC | Attn: Scott N. Opincar<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland OH 44114 | sopincar@mcdonaldhopkins.com | Email |
| Official Committee of Unsecured Creditors | McLane Foodservice, Inc. | Attn: Bart McKay<br>2085 Midway Road<br>Carrollton TX 75006 | | First Class Mail |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau, Bankruptcy Unit<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel to Bank of America, N.A. | Morris, Manning & Martin LLP | Attn: Frank W. DeBorde, Lisa Wolgast<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta GA 30326 | fdeborde@mmmlaw.com<br>lwolgast@mmmlaw.com | Email |
| Counsel to ARC CAFEUSA001, LLC | O'Kelly Ernst & Joyce, LLC | Attn: Michael J. Joyce, Esquire<br>901 N. Market Street<br>10th Floor<br>Wilmington DE 19801 | mjoyce@oelegal.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Juliet M. Sarkessian<br>844 King St<br>Ste 2207<br>Wilmington DE 19801 | juliet.m.sarkessian@usdoj.gov | First Class Mail and Email |
| Counsel to Chamora Ivery | OUTTEN & GOLDEN LLP | Attn: Jack A. Raisner and Robert N. Fisher<br>685 Third Avenue<br>25th Floor<br>New York NY 10017 | jar@outtengolden.com<br>rfisher@outtengolden.com | First Class Mail and Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Email |
| Counsel to City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: JeanMarie Baer<br>P.O. Box 8188<br>Wichita Falls TX 76307 | jbaer@pbfcm.com | First Class Mail and Email |
| Counsel to City of Weslaco, Weslaco Independent School District & Edinburg, Consolidated Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | jbanks@pbfcm.com | First Class Mail and Email |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to Gordon Food Service, Inc, Counsel to JMAC Group, LLC | Polsinelli PC | Attn: Christopher A. Ward, Stephen J. Astringer<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>sastringer@polsinelli.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to JBJ Alt LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan & R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | jryan@potteranderson.com<br>rmcneill@potteranderson.com | First Class Mail and Email |
| Counsel to Cornhusker Bank | Rembolt Ludtke LLP | Attn: Brian S. Kruse<br>1128 Lincoln Mall<br>Suite 300<br>Lincoln NE 68508 | bkruse@remboltlawfirm.com | First Class Mail and Email |
| Debtors | RMH Franchise Holdings, Inc. | Attn: Matthew Cissell<br>One Concourse Parkway, N.E.<br>Suite 600<br>Atlanta GA 30328 | mcissell@rmhfranchise.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn:  Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn:  Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Official Committee of Unsecured Creditors | STORE Master Funding II, LLC and Store SPE Applebee's 2013-1, LLC | Attn: Michael Bennett<br>8377 E. Hartford Drive<br>#100<br>Scottsdale AZ 85255 |  | First Class Mail |
| Counsel to Shelton's Farm Market, Sirna & Sons, Inc., and Grand Avenue Produce Co., Inc. | Sullivan Hazeltine Allison LLC | Attn: Elihu E. Allinson, III<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | zallinson@sha-llc.com | First Class Mail and Email |
| Counsel to CRI Outparcels, LLC | Sullivan Hazeltine Allison LLC | Attn: William A. Hazeltine<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | whazeltine@sha-llc.com | First Class Mail and Email |
| Counsel to The Comptroller of Public Accounts of the State of Texas | The Comptroller of Public Accounts of the State of Texas | Attn: Rachel R. Obaldo, ADA<br>P.O. Box 12548<br>Bankruptcy & Collections Division MC 008<br>Austin TX 78711-2548 | rachel.obaldo@oag.texas.gov | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to US Foods, Inc. | Womble Bond Dickinson (US) LLP | Attn: Mark L. Desgrosseilliers, Esq.<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | mark.desgrosseilliers@wbd-us.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtor | Young Conaway Stargatt & Taylor, LLP | Attn:  M. Blake Cleary, Kenneth J. Enos, Robert F. Poppiti, Justin H. Rucki, Tara C. Pakrouh<br>100 North King Street<br>Wilmington DE 19801 | mbcleary@ycst.com<br>kenos@ycst.com<br>RPoppiti@ycst.com<br>jrucki@ycst.com<br>tpakrouh@ycst.com<br>BOlivere@ycst.com<br>JSazant@ycst.com<br>bwalters@ycst.com | Email |

**<u>Exhibit B</u>**

Exhibit B
Assumed Leases Service List
Served via Overnight Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6849007 | 1008 Nederland Realty, LLC | 216-16 28th Road | | | Bayside | NY | 11360 |
| 6511469 | 1514 MOUNT VERNON AVENUE LLC | 2997 WILDWIND DRIVE | | | EL CAJON | CA | 92019 |
| 6849008 | 1514 Mount Vernon Avenue, LLC | Pruitt, Dale | 2997 Wildwind Drive | | El Cajon | CA | 92019 |
| 6849009 | 4440 Glen Este, LLC | Cornelia, Sawle | PO BOX 15 | | NIWOT | CO | 80544-0015 |
| 6946609 | 5605 Second Avenue, LLC | Carolyn J. Rivers | 555 Front Street, #1801 | | San Diego | CA | 92101 |
| 6946608 | 5605 Second Avenue, LLC | Connolly Gallagher LLP | Karen C. Bifferato, Esq. | 1000 West Street, 14th Floor | Wilmington | DE | 19801 |
| 6849011 | 5928 SW 17th LLC | 115 Catlemere Place | | | North Andover | MA | 01845 |
| 6946674 | 5928 SW 17th, LLC | c/o D'Agostine, Levine, Parra & Netburn, P.C. | Attn: Louis N. Levine, Esquire | 268 Main Street | Acton | MA | 01720 |
| 6946674 | 5928 SW 17th, LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Mark D. Olivere | Hercules Plaza, 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 |
| 6513885 | 618 DEVELOPMENT CORPORATION | P.O. BOX 17323 | | | FORT MITCHELL | KY | 41017 |
| 6849012 | 618 Development Corporation | Richardson, Ted | 618 Buttermilk Pike | | Crescent Springs | KY | 41017 |
| 6513884 | A&A BRADLEY, LP | 909 Grant Ave. | | | Fort Wayne | IN | 46803 |
| 6849171 | A&A Bradley, LP | 31366 N US Highway 45 | | | Libertyville | IL | 60048 |
| 6949166 | ARC NPHUBOH001, LLC | Dustin P. Branch, Esq. | Ballard Spahr LLP | 2029 Century Park East, Suite 800 | Los Angeles | CA | 90067-2909 |
| 6849153 | ARC NPHUBOH001, LLC | Attn: General Counsel | 405 Park Avenue, 14th Floor | | New York | NY | 10022 |
| 6849155 | Billeaud & St. Julien, Inc. | Voorhies, Marguerite | PO Box 52787 | | Lafayette | LA | 70505-2787 |
| 6949138 | Chaves Lake-Park Corp, a Florida Corporation | Chaves Lake-Park Corp | c/o Jerome Chaves | 20155 N.E. 38th Court Suite 2401 | Aventura | FL | 33180 |
| 6949138 | Chaves Lake-Park Corp, a Florida Corporation | Dickinson Wright PLLC | c/o Allison Bach | 500 Woodward Ave, Suite 4000 | Detroit | MI | 48335 |
| 6849139 | Chaves Lake-Park Corp. | Chaves, Jerome | 20155 NE 38th Ct Ste 2401 | | Aventura | FL | 33180 |
| 6513305 | CRI OUTPARCELS, LLC | P.O. BOX 1450 | | | COLUMBUS | OH | 43216 |
| 6849142 | CRI Outparcels, LLC | Casto Legal Department | 250 Civic Center Dr Ste 500 | | Columbus | OH | 43215-5088 |
| 7023012 | CRI Outparcels, LLC | c/o Harris, McClellen, Binau & Cox P.L.L. | Attn: Ralph E. Dill, Esq. | 37 West Broad Street, Suite 950 | Columbus | OH | 43215 |
| 7023027 | CRI Outparcels, LLC | c/o Sullivan Hazeltine Allison LLC | Attn: William A. Hazeltine | 901 North Market Street, Suite 1300 | Wilmington | DE | 19801 |
| 6950230 | Cross Creek Limited Partnership | c/o Harris, MCClellan, Binau & Cox PLL | Attn: Ralph E. Dill | 37 West Broad Street, Suite 950 | Columbus | OH | 43215 |
| 6849143 | Cross Creek Limited Partnership | Casto Legal Department | 250 Civic Center Dr Ste 500 | | Columbus | OH | 43215-5088 |
| 6513248 | DDR PTC LLC | 4833 SOLUTION CENTER | DEPT. 330489 21089 43023 | | CHICAGO | IL | 60677-4008 |
| 6949150 | DDR PTC LLC | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 |
| 6849125 | George K. Chen and Wanda Chen | 14401 Saddle Mountain Dr | | | Los Altos Hills | CA | 94022 |
| 6849115 | Great East Mall, Inc. | 2445 Belmont Ave | PO Box 2186 | | Youngstown | OH | 44504-0186 |
| 6512954 | HARKAN PROPERTIES LLC | 5501 SOUNDVIEW DRIVE | WELLS FARGO | | GIG HARBOR | WA | 98335 |
| 6849117 | Harkan Properties, LLC | 2525 Anza Trail | | | Palm Springs | PA | 92264 |
| 6512934 | HEAVENLY BLUE LLC | 131 GRACE LN | | | NICHOLASVILLE | KY | 40356-9451 |
| 6760918 | Heavenly Blue, LLC | Attn: Nancy Lakes | 3310 Sutherland Dr. | | Lexington | KY | 40517 |
| 6849118 | Heavenly Blue, LLC | 50 E. Rivercenter Blvd., Suite 1400 | | | Covington | KY | 41011 |
| 6849120 | Hermitage Development Company | PO Box 1447 | | | Hermitage | PA | 16148-0447 |
| 6512927 | HERMITAGE DEVELOPMENT COMPANY | James R Walker | Law offices of James R. Walker | BNY Mellon Center , 500 Grant St. Suite 2900 | Pittsburgh | PA | 15219 |
| 6849103 | Isaac Property Company Limited Partnership | 715 East Perry Street | PO Box 667 | | Bryan | OH | 43537 |
| 6849104 | JBJ ALT LLC | Bruce Terzano | 45 Highwood Road | | East Norwich | NY | 11732 |
| 6849104 | JBJ ALT LLC | Potter Anderson & Corroon LLP, | Attn: R. Stephen McNeill, Esq | Hercules Plaza 6th Floor, 1313 North Market Street, P.O. Box 951 | Wilmington | DE | 19899 |
| 7002579 | JBJ Alt LLC | c/o Potter Anderson & Corrppn LLP | Attn: Jeremy W. Ryan and R. Stephen McNeill | 1313 North Market Street, Sixth Floor, P.O. Box 951 | Wilmington | DE | 19899 |
| 6849098 | Joseph Brothers Realty, Inc. | 4133 Talmadge Road | | | Toledo | OH | 43623 |
| 6849099 | Kamilche AZ, LP | c/o Romano Litchfield & Associates | 16700 Valley View Ave., Suite 270 | | La Mirada | CA | 90638 |
| 6512715 | KINGCO REAL ESTATE LLC | 249 E. MAIN STREET, SUITE 101 | | | LEXINGTON | KY | 40507 |
| 6849101 | Kingco Real Estate, LLC | Scanlon, Michael J | 249 East Main Street | | Lexington | KY | 40507 |
| 6512622 | MAQUILA TRADES & FORWARDING LLC | 9601 INTERNATIONAL BLVD | | | PHARR | TX | 78577-7279 |
| 6849091 | Maquila Trades and Forwarding LLC | Garza Barajas', C.P. Cipriano | 9601 International Blvd | | Pharr | TX | 78577-7279 |
| 6967858 | National Retail Properties LP | Attn Vice President Asset Management | Attn General Counsel | 450 South Orange Avenue, Suite 900 | Orlando | FL | 32801 |
| 6512498 | NATIONAL RETAIL PROPERTIES, L.P. | P.O. BOX 864045 | | | ORLANDO | FL | 32886-4205 |
| 6512458 | NORTHERN LIGHTS, LLC | C/O NAI FMA REALTY | 1248 O STREET | | LINCOLN | NE | 68508 |
| 6849086 | Northern Lights, LLC | 2021 Pine Lake Rd | | | Lincoln | NE | 68512 |
| 6849087 | Nunamaker Family Limited Partnership II | Nunamaker, Jon | 350 Old Paint Trail | | Big Fork | MT | 59911 |

In re: RMH Franchise Holdings, Inc. et al
Case No. 18-11092

Page 1 of 2

Exhibit B
Assumed Leases Service List
Served via Overnight Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6513554 | PARNES, CHARLES | 12544 SARAH ST. | | | STUDIO CITY | CA | 91604 |
| 6512374 | PERU GKD PARTNERS LLC | P.O. BOX 809301 | | | CHICAGO | IL | 60680-9301 |
| 6849083 | Peru GKD Partners, LLC | c/o GK Development, Inc. | 257 E. Main St Ste100 | | Barrington | IL | 60010 |
| 6849077 | Powell-Roseberry, LLC | PO Box 831 | | | Lakeview | OR | 97630 |
| 6664798 | Power & Ray, LLC | c/o Clark Hill PLC | Attn: David M. Blau, Esq. | 151 S. Old Woodward Ave, Ste 200 | Birmingham | MI | 48009 |
| 6664803 | Power & Ray, LLC | c/o Clark Hill PLC | Attn: Karen M. Grivner, Esq. | 824 N. Market St, Suite 710 | Wilmington | DE | 19801 |
| 6849078 | Power & Ray, LLC | c/o Vestar Development Co. | 2425 E Camelback Rd Ste 750 | | Phoenix | AZ | 85016 |
| 6512287 | RCH PROPERTIES LLC | RUSSELL HALL/ WALDENWOOD CNTR. | 305 versailles drive | | CARY | NC | 27511 |
| 6849072 | Rising Sun Xenia, LLC | PO Box 1492 | | | Grove City | OH | 43123 |
| 6512243 | RMGT BUILDING, LLC | 3201 OLD GLENVIEW ROAD | SUITE 235 | | WILMETTE | IL | 60091 |
| 6849061 | RMGT Building, LLC | 3201 Old Glenview Rd Ste 301 | | | Wilmette | IL | 60091 |
| 6512240 | Rockstep Scottsbluff LLC | 2302 Frontage Rd. #5 | | | Scottsbluff | NE | 69361 |
| 6849062 | Rockstep Scottsbluff, LLC | Stewart, Tommy | 1445 North Loop West, Suite 625 | | Houston | TX | 77008 |
| 6849055 | Second T&K Real Estate, LLC | Scanlon, Michael J | 249 East Main Street | | Lexington | KY | 40507 |
| 6849059 | Shri Raj Hospitality LLC | 4619 S Lincoln Ave | | | York | NE | 68467 |
| 6849060 | Sierra Vista Mall, LLC | c/o Rouse Properties, LLC | 200 Vessey St, 25th Floor | | New York | NY | 10281 |
| 6512091 | SOUTH PLATTE LEASING CO. LLC | P.O. BOX 1325 | | | NORTH PLATTE | NE | 69103-1325 |
| 6849051 | South Platte Leasing, LLC | Keenan, J Patrick | c/o Keenan Managment, LLC | PO Box 1325 | North Platte | NE | 69103-1325 |
| 6849052 | Speedy Convenience, Inc. | Rowe, Beverly J | 2221 D N Belt Hwy | | St. Joseph | MO | 64506 |
| 6849054 | Springboro-Harrison, LTD. | Leathery, Jr., Donald L | 5 E Long St Ste 1200 | | Columbus | OH | 43215 |
| 6849048 | SWEP, LLC | 2660 Townsgate Rd Ste 130 | | | Westlake Village | CA | 91361 |
| 6849039 | The J. Scott Custer and Tina Custer Living Trust dated September 18, 2008 | Custer, J. Scott | 2701 Turnbull Canyon Rd | | Hacienda Heights | CA | 91745-5121 |
| 6512652 | THOMPSON, LLOYD Y | 1320 E. MCANDREWS RD. | | | MEDFORD | OR | 97504 |
| 6849042 | Thompson, Lloyd Y | 3752 DEVILS GARDEN RD | | | MEDFORD | OR | 97504-9714 |
| 6512775 | TOWNSEND, JOHN R. | PO BOX 5291 | | | HUNTINGTON BEACH | CA | 92646 |
| 6849027 | Uptown Plaza Associates | c/o Cushman & Wakefield of Arizona, Inc. | 1 E Camelback Rd Ste 200 | | Phoenix | AZ | 85012 |
| 6849030 | V7 Investments, LLC | Dobson, David M | 131 W 1st St Ste A | | Mesa | AZ | 85201 |
| 6849019 | Villaveen, LLC | c/o Litwin Management, LLC | 2332 Cotner Ave Ste 301 | | Los Angeles | CA | 90064 |
| 6511840 | WATKINS WARSAW LLC | P.O. BOX 50116 | | | SPARKS | NV | 89435 |
| 6849022 | Watkins Warsaw, LLC | Watkins, Lawrence A | 751 Champagne Rd | | Incline Village | NV | 89451 |
| 6849024 | Wesdorp Properties, LLC | Wesdorp, Benet E | 4122 Olympic Blvd | | Erlanger | KY | 41018 |
| 6511092 | Westfest, LLC | Attn: Richard, Decker C | c/o Eagle Commercial | 2929 N 44th St., Suite 345 | Phoenix | AZ | 85018 |
| 6714994 | Westfest, LLC | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz & Michael S. Myers | 1 E. Washington Street, Suite 2300 | Phoenix | AZ | 85004 |
| 6849014 | White Mountain Mall, LLC | c/o Brookfield Properties (R) LLC | 200 Vessey St, 25th Floor | | New York | NY | 10281-1025 |
| 6849015 | White-Spunner Development Company, Inc. | 3201 Dauphin Street Suite A | | | Mobile | AL | 36606 |
| 6511782 | WRI TRAUTMANN, L.P. | P.O. BOX 301074 | | | dallas | TX | 75303-1074 |
| 7022505 | WRI Trautmann, L.P. | c/o BALLARD SPAHR LLP | Attn: Leslie C. Heilman & Laurel D. Roglen | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801-3034 |
| 7022502 | WRI Trautmann, L.P. | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Ivan M. Gold, Esquire | Three Embarcadero Center, 12th Floor | San Francisco | CA | 94111-4074 |
| 6849017 | WRI Trautmann, LP | Attn: General Counsel | PO Box 924133 | | Houston | TX | 77292-4133 |

**<u>Exhibit C</u>**

Exhibit C

Lease Modification Counterparties Service List

Served via Overnight Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6849169 | 75-11 &13 Metropolitan LLC | DeGregorio, Clement | 174 Fairway View Drive | | Commack | NY | 11725 |
| 6513838 | ADVANTAGE III INCORPORATED, LLC | 1816 SEA SHELL CT. | | | WINDSOR | CO | 80550 |
| 6849172 | Advantage III Incorporated, LLC | Dhupar, Scott | 1816 Sea Shell Ct | | Windsor | CO | 80550 |
| 6849173 | Agree Limited Partnership | 70 E Long Lake Rd | | | Bloomfield Hills | MI | 48304-2356 |
| 6849157 | AP Dayton, LLC | Chung, Gerald | The Chung Family Trust Dated Feb. 27, 2004 | 960 Calle Amable | Glendale | CA | 91208 |
| 6849146 | Braeburn Investment Group, LLP | Struchtemeyer, Brian | 7 East Burnam | | Columbia | MO | 65201 |
| 6513648 | BRAEBURN INVESTMENT GROUP,LLC | 7 EAST BURNAM ROAD | | | COLUMBIA | MO | 65203 |
| 6849148 | Brixmor SPE 3 LLC | c/o Brixmor Property Group, Inc. | 450 Lexington Ave 13th Floor | | New York | NY | 10017-3956 |
| 6849144 | D'Agostino Family Partnership, LP | 784 Portswood Drive | | | San Jose | CA | 95120 |
| 6849134 | Dellagatta, Tasha | 4264 Lyceum Ave | | | Los Angeles | CA | 90066 |
| 6849137 | Divall Insured Income Properties 2 Limited Partnership | c/o The Provo Group, Inc. | 1100 Main St Ste 1830 | | Kansas City | MO | 64105 |
| 6849138 | Diverse Real Estate Group, LLC | Zerefos, Demetri | 42 Harvest Ln | | Hockessin | DE | 19707-2095 |
| 6513216 | DIVERSE REAL ESTATE GROUP, LLC. | 42 HARVEST LANE | | | HOCKESSIN | DE | 19707-2095 |
| 6513179 | EASTSIDE PLAZA PROPERTIES LLC | 712 L & A ROAD | | | METAIRIE | LA | 70001 |
| 6849129 | Farahbod Real Estate, LLC | Farahbod, Kaweh | 21 Via Conocido | | San Clemente | CA | 92673 |
| 6513122 | FARAHBOD REAL ESTATE. LLC | 21 VIA CONOCIDO | | | SAN CLEMENTE | CA | 92673 |
| 6849123 | FX Net Lease Holdings, LLC | 180 Canal View Blvd., Suite 600 | | | Rochester | NY | 14623 |
| 6849124 | General Growth Management, Inc. | Attn: Sr. Vice President, Third Party Management | 110 N Wacker Dr | | Chicago | IL | 60606 |
| 6512935 | HELCO CORPORATION | 2215 YORK RD STE 503 | | | OAK BROOKE | IL | 60523 |
| 6849119 | Helco Corporation | Brennan, Mark | Edgemark Commercial Real Estate | 2215 York Rd Ste 503 | Oak Brook | IL | 60523 |
| 6849111 | Hugh D. Campbell and Sue A. Campbell as Trustees | PO. Box 1016 | | | Mill Valley | CA | 94942 |
| 6849105 | JBY Company, Inc - Hardy, John Jay | 7456 Manchester Road | | | St. Luis | MO | 63143 |
| 6849107 | JIL Investments, LLC | 19204 N. Cathedral Pt. Ct. | | | Surprise | AZ | 85389-8248 |
| 6849075 | Pogback Real Estate, LLC | 4045 Sheridan Ave, Suite 192 | | | Miami Beach | FL | 33134 |
| 6849068 | R.F. Fergen Equity Trust | Kidwell, Scott & Constance | 7373 Colony Road | | La Mesa | CA | 91942 |
| 6849071 | Rini Marysville Corp | 924 Westpoint Parkway, Ste 150 | | | Westlake | OH | 44145 |
| 6849066 | Scottsdale Club Villas Development, Inc. | Attn: Robert Ong Hing | 6609 N. Scottsdale Road, Suite 202 | | Scottsdale | AZ | 85250 |
| 6760951 | Spirit Master Funding III, LLC | Attn: Portfolio Servicing | 2727 North Harwood St., Suite 300 | | Dallas | TX | 75201 |
| 6849053 | Spirit Master Funding III, LLC | c/o Ackerman LLP | Attn: John E. Mitchell, Esq. | 2001 Ross Avenue, Suite 3600 | Dallas | TX | 75201 |
| 6849053 | Spirit Master Funding III, LLC | c/o Ackerman LLP | Attn: Katie Fackler, Esq. | 50 North Laura Street, Suite 3100 | Jacksonville | FL | 32202 |
| 6950341 | Spirit Master Funding III, LLC | Rochelle Thomas | 2727 North Harwood Street, Suite 300 | | Dallas | TX | 75201 |
| 6512077 | SPUS8 CCC, LP | PO BOX 847183 | | | LOS ANGELES | CA | 90084-7183 |
| 6849043 | SPUS8 CCC, LP | 515 South Flower Street, 31st Floor | | | Los Angeles | CA | 90071 |
| 6950067 | SPUS8 CCC, LP | Attn: Matt Brooks | Troutman Sanders,LLP | 600 Peachtree Street NE , Suite 3000 | Atlanta | GA | 30308 |
| 6664748 | Starwood Retail Partners LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801-3034 |
| 6664763 | Starwood Retail Partners LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East, Suite 800 | Los Angeles | CA | 90067 |
| 6849045 | STORE Capital Acquisitions, LLC | Bennett, Michael T | 8501 E Princess Dr Ste 190 | | Scottsdale | AZ | 85255 |
| 6980304 | STORE Master Funding II, LLC - Bennett, Michael T | STORE Capital | 8377 E. Hartford Dr. Suite 100 | | Scottsdale | AZ | 85255 |
| 6512048 | SUMMIT REALTY GROUP OF INDIANA, INC | 241 N. PENNSYLVANIA STREET SUITE 300 | | | INDIANAPOLIS | IN | 46204 |
| 6849047 | Summit Realty Group of Indiana, Inc. | Petruska, Kenneth | 241 N Pennsylvania St Ste 300 | | Indianapolis | IN | 46204 |
| 6849033 | Triple H Investments LLC | 1420 E Carroll St | | | Macomb | IL | 61455 |
| 6849028 | UrbanCal Manhattan Town Center, LLC | c/o CBRE, Inc. | 8080 Park Ln Ste 800 | | Dallas | TX | 75231-5994 |
| 6849021 | Watkins Fort Wayne, LLC | Watkins, Lawrence A | 751 Champagne Rd | | Incline Village | NV | 89451 |
| 6511850 | WATKINS FORT WAYNE, LLC | P.O. BOX 50116 | | | SPARKS | NV | 89435 |
| 6701995 | Yavapai-Prescott Indian Tribe | BALLARD SPAHR LLP | Attn: Craig S. Ganz, Michael S. Myers | 1 East Washington Street, Suite 2300 | Phoenix | AZ | 85004-2555 |
| 6701988 | Yavapai-Prescott Indian Tribe | BALLARD SPAHR LLP | Attn: Leslie Heilman, Laurel D. Roglen | 919 Market Street, 11th Floor | Wilmington | DE | 19801 |
| 6849018 | Yavapai-Prescott Indian Tribe | Commecial Real Estate Department | 1841 E State Route 69 Ste 114 | | Prescott | AZ | 86301 |

## Exhibit D

Exhibit D
Extended Assumption Deadline Counterparties Service List
Served via Overnight Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|------|-------|-------------|
| 6849166 | American Timber Company | Yard, Henry | 611 Main Street Ste B2 | | Belmar | NJ | 07719 |
| 7021778 | ARC CAFEUSA001, LLC | c/o Kutak Rock LLP | Attn: Lisa M. Peters, Esquire | 1650 Farnam Street | Omaha | NE | 68102-2103 |
| 6945887 | ARC CAFEUSA001, LLC | c/o VEREIT, Inc. | Attn: Todd J. Weiss, Esq. | 2325 East Camelback Road, Suite 1100 | Phoenix | AZ | 85016 |
| 7021779 | ARC CAFEUSA001, LLC | c/o O'Kelly Ernst & Joyce, LLC | Attn: Michael J. Joyce, Esquire | 901 N. Market Street, 10th Floor | Wilmington | DE | 19801 |
| 6849152 | ARC CAFEUSA001, LLC | c/o American Realty Capital Properties, Inc. | 2325 E Camelback Rd Ste 1100 | | Phoenix | AZ | 85016 |
| 6513106 | FHM PARTNERS, LLC | PO BOX 94984 | | | LAS VEGAS | NV | 89193-4984 |
| 6849132 | FHM Partners, LLC | Attn: Toufic Abi-Aad | 20 E Congress St Ste 300 | | Tucson | AZ | 85701 |
| 6849106 | Jeff W. Seguin and Madalyn B. Seguin, Trustees | 617 East Cooper Street, Unit 412 | PO Box 8852 | | Aspen | CO | 81612 |
| 6512413 | OSL SECURITIES LLC | 492 S YOUNGFIELD CT. | | | LAKEWOOD | CO | 80228 |
| 6849089 | OSL Securities, LLC | Lewis, Scott & Oma | 492 S Youngfield Ct | | Lakewood | CO | 80228 |
| 6849084 | Pine View Village, LLC | Helton, Ron | 10231 Prestwick Trail | | Long Tree | CO | 80124 |
| 6512338 | PPS Company, LCC | 267 CYPRESS DRIVE | | | BAYVILLE | NJ | 08721 |
| 6849067 | PPS Company, LLC | Jarusiewicz, Betty J | Precision Pipeline Solutions | 617 Little Britain Road, Suite 200 | New Windsor | NY | 12553 |
| 6849065 | SBSW LP | 1200 Waterfall View | | | Mesquite | NV | 89034 |
| 6512805 | SEGUIN, JEFF | 617 E. COOPER, #412 | | | ASPEN | CO | 81611 |
| 6849041 | The Tanner Trust and The Zonshine Trust | 15455 San Fernando Mission Blvd | Suite 402 | | Mission Hills | CA | 91345 |