**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] | Case No. 18-11092 (BLS) |
| Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Alain B. Francoeur, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **<u>Exhibit A</u>** and (2) via First Class Mail on the Contract Counterparties Service List attached hereto as **<u>Exhibit B</u>**:

- Debtors' Eighteenth Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts, *nunc pro tunc* to the Rejection Date [Docket No. 873]

On December 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **<u>Exhibit C</u>** and (2) the Additional Parties Service List attached hereto ad **<u>Exhibit D</u>**:

- Amended Notice of Agenda of Matters Scheduled for Hearing on December 10, 2018 at 10:00 a.m. (ET) [Docket No. 876]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

Dated: December 12, 2018

Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 12, 2018 by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

SRF 29446

**Exhibit A**

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Merco VII, LLC | Allen Kuehnle Stovall & Neuman LLP | Attn: J. Matthew Fisher<br>17 South High Street<br>Suite 1220<br>Columbus OH 43215 | fisher@aksnlaw.com | First Class Mail and Email |
| Counsel to WRI Trautmann, L.P. | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | Attn: Ivan M. Gold, Esquire<br>Three Embarcadero Center<br>12th Floor<br>San Francisco CA 94111-4074 | igold@allenmatkins.com | Email |
| Counsel to McLane Foodservice, Inc. | Alston & Bird LLP | Attn: Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta GA 30309-3424 | jonathan.edwards@alston.com | First Class Mail and Email |
| Amur Equipment Finance, Inc. | Amur Equipment Finance, Inc. | Attn: Legal Dept.<br>308 N. Locust St.<br>Grand Island NE 68801 | legal@amuref.com | Email |
| Counsel to STORE Master Funding II, LLC and STORE SPE Applebee's 2013-1, LLC | Ballard Spahr LLP | Attn: Craig S. Ganz, Michael S. Myers<br>1 East Washington Street<br>Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to YAVAPAI-PRESCOTT INDIAN TRIBE and Westfest, LLC | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Esquire<br>Michael S. Myers, Esquire<br>1 E. Washington Street<br>Suite 2300<br>Phoenix AZ 85004 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to GGP Limited Partnership | Ballard Spahr LLP | Attn: David L. Pollack<br>1735 Market Street<br>51st Floor<br>Philadelphia PA 19103-7599 | pollack@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Inc. | Ballard Spahr LLP | Attn: David L. Pollack, Esq.<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | First Class Mail and Email |
| Counsel to Starwood Retail Partners, LLC, The Macerich Company | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067 | branchd@ballardspahr.com | Email |
| Counsel to GGP Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to STORE Master Funding II, LLC and STORE SPE Applebee's 2013-1, LLC, Starwood Retail Partners, LLC, The Macerich Company, WRI Trautmann, L.P. | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq.<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Brixmor Property Group, Inc. | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq., Chantelle McClamb, Esq. 919 Market Street 11th Floor Wilmington DE 19801 | heilmanl@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com | First Class Mail and Email |
| Counsel to YAVAPAI-PRESCOTT INDIAN TRIBE and Westfest, LLC | BALLARD SPAHR LLP | Attn: Leslie Heilman, Esquire Laurel D. Roglen, Esquire and Chantelle D. McClamb, Esquire 919 Market Street 11th Floor Wilmington DE 19801 | heilmanl@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com | Email |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, Evan T. Miller 600 N. King Street Suite 400 Wilmington DE 19801 | jalberto@bayardlaw.com efay@bayardlaw.com emiller@bayardlaw.com | Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill, Esq. One Atlantic Center, 14th Floor 1201 W. Peachtree Street, N.W. Atlanta GA 30309 | leah.fiorenza@bclplaw.com | First Class Mail and Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leslie A. Bayles, Esq. 161 North Clark Street Suite 4300 Chicago IL 60601 | leslie.bayles@bclplaw.com | First Class Mail and Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. 55 Second Street 17th Floor San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to Bank of America, N.A. | Buchanan Ingersoll & Rooney PC | Attn: Geoffery G. Grivner, Mary F. Caloway 919 North Market Street Suite 1500 Wilmington DE 19801 | geoffrey.grivner@bipc.com mary.caloway@bipc.com | Email |
| Official Committee of Unsecured Creditors | Chamora Ivery | c/o Jack Raisner Outten & Golden LLP 685 3rd Ave, 25 Fl New York NY 10017 | | First Class Mail |
| Counsel to 5928 SW 17th, LLC and US Foods, Inc. and Counsel to Fortress Credit Co. LLC | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire, Mark D. Olivere, Esquire and Mark L. Desgrosseilliers Hercules Plaza 1313 North Market Street, Suite 5400 Wilmington DE 19801-6101 | chipman@chipmanbrown.com olivere@chipmanbrown.com desgross@chipmanbrown.com | Email |
| Counsel to VPQCM LLC, Power & Ray, LLC | Clark Hill PLC | Attn: David M. Blau, Esq 151 S. Old Woodward Ave Suite 200 Birmingham MI 48009 | dblau@clarkhill.com | First Class Mail and Email |
| Counsel to VPQCM LLC, Power & Ray, LLC | Clark Hill PLC | Attn: Karen M Grivner, Esq 824 N. Market St. Suite 710 Wilmington DE 19801 | kgrivner@clarkhill.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Carolyn Rivers and Everett D. Rivers, Trustees for the Everett D. Rivers Family Trust, dated 9/13/1994, and 5605 Second Avenue, LLC | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan<br>1000 West Street<br>Suite 1400<br>Wilmington DE 19801 | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Counsel to Lagi Thomas as Guardian of Jessica Cemberci | Croskery Law Offices | Attn: Robert F. Croskery, Esq.<br>3905 Eastern Ave.<br>Suite 200<br>Cincinnati OH 45226 | rcroskery@croskerylaw.com | Email |
| Counsel to ACON Investments LLC | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com<br>kmann@crosslaw.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Denton US LLP | Attn: Joel Siegel, Samuel Maizel<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles CA 90071 | joel.siegel@dentons.com<br>samuel.maizel@dentons.com | Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Denton US LLP | Attn: Robert Richards, Geoffery Miller<br>233 South Wacker Drive<br>Suite 5900<br>Chicago IL 60606 | robert.richards@dentons.com<br>geoffrey.miller@dentons.com | Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn:  Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Counsel to the City of Laredo | Flores, Flores & Canales, PLLC | Attn: Christina Flores<br>5517 McPherson<br>Ste 14<br>Laredo TX 78041 | ffccpllc14@gmail.com | First Class Mail and Email |
| Counsel to JMAC Group, LLC | GRIFFIN HAMERSKY LLP | Attn: Michael D. Hamersky<br>420 Lexington Avenue<br>Suite 400<br>New York NY 10170 | mhamersky@grifflegal.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to CRI Outparcels, LLC | HARRIS, McCLELLAN, BINAU & COX P.L.L. | Attn: Ralph E. Dill, Esq.<br>37 West Broad Street<br>Suite 950<br>Columbus OH 43215 | rdill@hmbc.com | First Class Mail and Email |
| Counsel to ACON Investments LLC | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Esq<br>875 Third Avenue<br>New York NY 10022 | chris.donoho@hoganlovells.com | First Class Mail and Email |
| Counsel to Agree Pensacola LLC, Agree Pensacola Nine Mile LLC and | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit MI 48226 | llichtman@honigman.com | Email |
| Counsel to Gordon Food Service, Inc | Horwood Marcus & Berk Chartered | Attn: Jason M. Torf<br>500 West Madison<br>Suite 3700<br>Chicago IL 60661 | jtorf@hmblaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Jason R. Adams, Lauren S. Schlussel, Maeghan J. McLoughlin<br>101 Park Avenue<br>27th Floor<br>New York NY 10178 | ewilson@kelleydrye.com<br>jadams@kelleydrye.com<br>lschlussel@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>KDWBankruptcyDepartment@kelleydrye.com | Email |
| Counsel to Fortress Credit Co. LLC | KING &S PALDING LLP | Attn: W. Austin Jowers, Esquire<br>1180 Peachtree Street NE<br>Atlanta GA 30309 | AJowers@KSLAW.com | Email |
| Counsel to ARC CAFEUSA001, LLC | Kutak Rock LLP | Attn: Lisa M. Peters, Esquire<br>1650 Farnam Street<br>Omaha NE 68102-2103 | lisa.peters@kutakrock.com | First Class Mail and Email |
| Counsel to Nueces, County, City of Harlingen, Hidalgo County, San Patricio County, Harlingen CISD, Cameron County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders<br>PO Box 17428<br>Austin TX 78760 | | First Class Mail |
| Counsel to Chamora Ivery | LOIZIDES, P.A. | Attn: Christopher D. Loizides<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 | loizides@loizides.com | First Class Mail and Email |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig, Deputy County Attorney<br>Civil Services Division<br>222 North Central Avenue<br>Phoenix AZ 85004-2206 | muthigk@mcao.maricopa.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Shelton's Farm Market, Sirna & Sons, Inc., and Grand Avenue Produce Co., Inc. | McCarron & Diess | Attn: Mary Jean Fassett 4530 Wisconsin Avenue, NW Suite 301 Washington DC 20016 | mjf@mccarronlaw.com | First Class Mail and Email |
| Counsel to Curtis James Investments, Counsel to AppleLAND II, LLC | McDonald Hopkins LLC | Attn: Scott N. Opincar 600 Superior Avenue, East Suite 2100 Cleveland OH 44114 | sopincar@mcdonaldhopkins.com | Email |
| Official Committee of Unsecured Creditors | McLane Foodservice, Inc. | Attn: Bart McKay 2085 Midway Road Carrollton TX 75006 | | First Class Mail |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau, Bankruptcy Unit 301 W. High Street, Room 670 PO Box 475 Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel to Bank of America, N.A. | Morris, Manning & Martin LLP | Attn: Frank W. DeBorde, Lisa Wolgast 1600 Atlanta Financial Center 3343 Peachtree Road, NE Atlanta GA 30326 | fdeborde@mmmlaw.com lwolgast@mmmlaw.com | Email |
| Counsel to ARC CAFEUSA001, LLC | O'Kelly Ernst & Joyce, LLC | Attn: Michael J. Joyce, Esquire 901 N. Market Street 10th Floor Wilmington DE 19801 | mjoyce@oelegal.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Juliet M. Sarkessian 844 King St Ste 2207 Wilmington DE 19801 | juliet.m.sarkessian@usdoj.gov | First Class Mail and Email |
| Counsel to Chamora Ivery | OUTTEN & GOLDEN LLP | Attn: Jack A. Raisner and Robert N. Fisher 685 Third Avenue 25th Floor New York NY 10017 | jar@outtengolden.com rfisher@outtengolden.com | First Class Mail and Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns 919 N. Market Street, 17th Floor PO Box 8705 Wilmington DE 19899-8705 | ljones@pszjlaw.com tcairns@pszjlaw.com | Email |
| Counsel to City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: JeanMarie Baer P.O. Box 8188 Wichita Falls TX 76307 | jbaer@pbfcm.com | First Class Mail and Email |
| Counsel to City of Weslaco, Weslaco Independent School District & Edinburg, Consolidated Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks 3301 Northland Drive Suite 505 Austin TX 78731 | jbanks@pbfcm.com | First Class Mail and Email |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe PO Box 817 Lubbock TX 79408 | lmbkr@pbfcm.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Gordon Food Service, Inc, Counsel to JMAC Group, LLC | Polsinelli PC | Attn: Christopher A. Ward, Stephen J. Astringer<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>sastringer@polsinelli.com | Email |
| Counsel to JBJ Alt LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan & R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | jryan@potteranderson.com<br>rmcneill@potteranderson.com | First Class Mail and Email |
| Counsel to Cornhusker Bank | Rembolt Ludtke LLP | Attn: Brian S. Kruse<br>1128 Lincoln Mall<br>Suite 300<br>Lincoln NE 68508 | bkruse@remboltlawfirm.com | First Class Mail and Email |
| Debtors | RMH Franchise Holdings, Inc. | Attn: Matthew Cissell<br>One Concourse Parkway, N.E.<br>Suite 600<br>Atlanta GA 30328 | mcissell@rmhfranchise.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn:  Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn:  Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Official Committee of Unsecured Creditors | STORE Master Funding II, LLC and Store SPE Applebee's 2013-1, LLC | Attn: Michael Bennett<br>8377 E. Hartford Drive<br>#100<br>Scottsdale AZ 85255 | | First Class Mail |
| Counsel to Shelton's Farm Market, Sirna & Sons, Inc., and Grand Avenue Produce Co., Inc. | Sullivan Hazeltine Allison LLC | Attn: Elihu E. Allinson, III<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | zallinson@sha-llc.com | First Class Mail and Email |
| Counsel to CRI Outparcels, LLC | Sullivan Hazeltine Allison LLC | Attn: William A. Hazeltine<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | whazeltine@sha-llc.com | First Class Mail and Email |
| Counsel to The Comptroller of Public Accounts of the State of Texas | The Comptroller of Public Accounts of the State of Texas | Attn: Rachel R. Obaldo, ADA<br>P.O. Box 12548<br>Bankruptcy & Collections Division MC 008<br>Austin TX 78711-2548 | rachel.obaldo@oag.texas.gov | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtor | Young Conaway Stargatt & Taylor, LLP | Attn:  M. Blake Cleary, Kenneth J. Enos, Robert F. Poppiti, Justin H. Rucki, Tara C. Pakrouh<br>100 North King Street<br>Wilmington DE 19801 | mbcleary@ycst.com<br>kenos@ycst.com<br>RPoppiti@ycst.com<br>jrucki@ycst.com<br>tpakrouh@ycst.com<br>BOlivere@ycst.com<br>JSazant@ycst.com<br>bwalters@ycst.com | Email |

**<u>Exhibit B</u>**

Exhibit B
Contract Counterparties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| Cheryl A. Sykes and Karen M. Sykes | ADDRESS ON FILE | | | | | | |
| Cheryl A. Sykes and Karen M. Sykes | ADDRESS ON FILE | | | | | | |
| Cissell, Matthew | ADDRESS ON FILE | | | | | | |
| EIG North Pointe Plaza, LLC | Attn: General Counsel | Wells Fargo Indiana Center | 111 East Wayne Street | Suite 500 | Fort Wayne | IN | 46802 |
| Hohman, Howard | ADDRESS ON FILE | | | | | | |
| Jones Lang LaSalle Americas, Inc. | Attn: General Counsel | 200 E. Randolph Drive | | | Chicago | IL | 60601 |
| Muldoon, Michael Patrick | ADDRESS ON FILE | | | | | | |
| SMS Assist LLC | Attn: Alex Bezdek | 875 N Michigan Avenue | Suite 2800 | | Chicago | IL | 60611 |
| SMS Assist LLC | Attn: General Counsel | 875 N Michigan Avenue | Suite 2800 | | Chicago | IL | 60611 |
| SMS Assist LLC | Attn: Marc Shiffman | 875 N Michigan Avenue | Suite 2800 | | Chicago | IL | 60611 |
| VPQCM LLC | c/o Dickinson Wright, PLLC | Attn: David L. Lansky, Esq. | 1850 N. Central Ave., Ste. 1400 | | Phoenix | AZ | 85004 |
| VPQCM LLC | c/o Clark Hill PLC | Attn: David M. Blau, Esq. | 151 S. Old Woodward Ave | Suite 200 | Birmingham | MI | 48009 |
| VPQCM, LLC | Attn: President | 2425 E. CAMELBACK RD, SUITE 750 | | | PHOENIX | AZ | 85016 |

**<u>Exhibit C</u>**

Exhibit C

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Merco VII, LLC | Allen Kuehnle Stovall & Neuman LLP | Attn: J. Matthew Fisher<br>17 South High Street<br>Suite 1220<br>Columbus OH 43215 | 614-221-5988 | fisher@aksnlaw.com | Fax and Email |
| Counsel to WRI Trautmann, L.P. | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | Attn: Ivan M. Gold, Esquire<br>Three Embarcadero Center<br>12th Floor<br>San Francisco CA 94111-4074 | | igold@allenmatkins.com | Email |
| Counsel to McLane Foodservice, Inc. | Alston & Bird LLP | Attn: Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta GA 30309-3424 | 404-253-8298 | jonathan.edwards@alston.com | Fax and Email |
| Amur Equipment Finance, Inc. | Amur Equipment Finance, Inc. | Attn: Legal Dept.<br>308 N. Locust St.<br>Grand Island NE 68801 | | legal@amuref.com | Email |
| Counsel to Starwood Retail Partners, LLC, The Macerich Company | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067 | | branchd@ballardspahr.com | Email |
| Counsel to STORE Master Funding II, LLC and STORE SPE Applebee's 2013-1, LLC | Ballard Spahr LLP | Attn: Craig S. Ganz, Michael S. Myers<br>1 East Washington Street<br>Suite 2300<br>Phoenix AZ 85004-2555 | | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to YAVAPAI-PRESCOTT INDIAN TRIBE and Westfest, LLC | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Esquire<br>Michael S. Myers, Esquire<br>1 E. Washington Street<br>Suite 2300<br>Phoenix AZ 85004 | | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel to GGP Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to STORE Master Funding II, LLC and STORE SPE Applebee's 2013-1, LLC, Starwood Retail Partners, LLC, The Macerich Company, WRI Trautmann, L.P. | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq.<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Inc. | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq., Chantelle McClamb, Esq.<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | 302-252-4466 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | Fax and Email |
| Counsel to YAVAPAI-PRESCOTT INDIAN TRIBE and Westfest, LLC | BALLARD SPAHR LLP | Attn: Leslie Heilman, Esquire<br>Laurel D. Roglen, Esquire and Chantelle D. McClamb, Esquire<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Inc. | Ballard Spahr LLP | Attn: David L. Pollack, Esq.<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | 215-864-9473 | pollack@ballardspahr.com | Fax and Email |

Exhibit C
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to GGP Limited Partnership | Ballard Spahr LLP | Attn: David L. Pollack<br>1735 Market Street<br>51st Floor<br>Philadelphia PA 19103-7599 | | pollack@ballardspahr.com | Email |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay, Evan T. Miller<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>emiller@bayardlaw.com | Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill, Esq.<br>One Atlantic Center, 14th Floor<br>1201 W. Peachtree Street, N.W.<br>Atlanta GA 30309 | 404-420-0925 | leah.fiorenza@bclplaw.com | Fax and Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leslie A. Bayles, Esq.<br>161 North Clark Street<br>Suite 4300<br>Chicago IL 60601 | 312-698-7489 | leslie.bayles@bclplaw.com | Fax and Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Fax and Email |
| Counsel to Bank of America, N.A. | Buchanan Ingersoll & Rooney PC | Attn: Geoffery G. Grivner, Mary F. Caloway<br>919 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | | geoffrey.grivner@bipc.com<br>mary.caloway@bipc.com | Email |
| Official Committee of Unsecured Creditors | Chamora Ivery | c/o Jack Raisner<br>Outten & Golden LLP<br>685 3rd Ave, 25 Fl<br>New York NY 10017 | 646-509-2060 | | Fax |
| Counsel to 5928 SW 17th, LLC and US Foods, Inc. and Counsel to Fortress Credit Co. LLC | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire, Mark D. Olivere, Esquire and Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington DE 19801-6101 | | chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br>desgross@chipmanbrown.com | Email |
| Counsel to VPQCM LLC, Power & Ray, LLC | Clark Hill PLC | Attn: David M. Blau, Esq<br>151 S. Old Woodward Ave<br>Suite 200<br>Birmingham MI 48009 | 248-988-2336 | dblau@clarkhill.com | Fax and Email |
| Counsel to VPQCM LLC, Power & Ray, LLC | Clark Hill PLC | Attn: Karen M Grivner, Esq<br>824 N. Market St.<br>Suite 710<br>Wilmington DE 19801 | 302-421-9439 | kgrivner@clarkhill.com | Fax and Email |
| Counsel to Carolyn Rivers and Everett D. Rivers, Trustees for the Everett D. Rivers Family Trust, dated 9/13/1994, and 5605 Second Avenue, LLC | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan<br>1000 West Street<br>Suite 1400<br>Wilmington DE 19801 | | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Counsel to Lagi Thomas as Guardian of Jessica Cemberci | Croskery Law Offices | Attn: Robert F. Croskery,<br>3905 Eastern Ave.<br>Suite 200<br>Cincinnati OH 45226 | | rcroskery@croskerylaw.com | Email |

Exhibit C

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to ACON Investments LLC | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | 302-777-4224 | csimon@crosslaw.com<br>kmann@crosslaw.com | Fax, Overnight Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | 302-577-6630 | attorney.general@state.de.us | Fax and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | 302-577-8632 | FASNotify@state.de.us | Fax and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover  DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax and Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Denton US LLP | Attn: Joel Siegel, Samuel Maizel<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles CA 90071 | | joel.siegel@dentons.com<br>samuel.maizel@dentons.com | Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Denton US LLP | Attn: Robert Richards, Geoffery Miller<br>233 South Wacker Drive<br>Suite 5900<br>Chicago IL 60606 | | robert.richards@dentons.com<br>geoffrey.miller@dentons.com | Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn:  Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | | Overnight Mail |
| Counsel to the City of Laredo | Flores, Flores & Canales, PLLC | Attn: Christina Flores<br>5517 McPherson<br>Ste 14<br>Laredo TX 78041 | 956-728-7406 | ffccpllc14@gmail.com | Fax, Overnight Mail and Email |
| Counsel to JMAC Group, LLC | GRIFFIN HAMERSKY LLP | Attn: Michael D. Hamersky<br>420 Lexington Avenue<br>Suite 400<br>New York NY 10170 | | mhamersky@grifflegal.com | Email |
| Counsel to CRI Outparcels, LLC | HARRIS, McCLELLAN, BINAU & COX P.L.L. | Attn: Ralph E. Dill, Esq.<br>37 West Broad Street<br>Suite 950<br>Columbus OH 43215 | 614-646-2245 | rdill@hmbc.com | Fax, Overnight Mail and Email |
| Counsel to ACON Investments LLC | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Esq<br>875 Third Avenue<br>New York NY 10022 | 212-918-3100 | chris.donoho@hoganlovells.com | Fax and Email |
| Counsel to Agree Pensacola LLC, Agree Pensacola Nine Mile LLC and | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit MI 48226 | | llichtman@honigman.com | Email |

Exhibit C

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Gordon Food Service, Inc | Horwood Marcus & Berk Chartered | Attn: Jason M. Torf<br>500 West Madison<br>Suite 3700<br>Chicago IL 60661 | | jtorf@hmblaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax and Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax and Overnight Mail |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Jason R. Adams, Lauren S. Schlussel, Maeghan J. McLoughlin<br>101 Park Avenue<br>27th Floor<br>New York NY 10178 | | ewilson@kelleydrye.com<br>jadams@kelleydrye.com<br>lschlussel@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>KDWBankruptcyDepartment@kelleydrye.com | Email |
| Counsel to Fortress Credit Co. LLC | KING &S PALDING LLP | Attn: W. Austin Jowers, Esquire<br>1180 Peachtree Street NE<br>Atlanta GA 30309 | | AJowers@KSLAW.com | Email |
| Counsel to ARC CAFEUSA001, LLC | Kutak Rock LLP | Attn: Lisa M. Peters, Esquire<br>1650 Farnam Street<br>Omaha NE 68102-2103 | 402-346-1148 | lisa.peters@kutakrock.com | Fax, Overnight Mail and Email |
| Counsel to Nueces, County, City of Harlingen, Hidalgo County, San Patricio County, Harlingen CISD, Cameron County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders<br>PO Box 17428<br>Austin TX 78760 | 512-443-5114 | | Fax |
| Counsel to Chamora Ivery | LOIZIDES, P.A. | Attn: Christopher D. Loizides<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 | 302-654-0728 | loizides@loizides.com | Fax and Email |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig, Deputy County Attorney<br>Civil Services Division<br>222 North Central Avenue<br>Phoenix AZ 85004-2206 | | muthigk@mcao.maricopa.gov | Email |
| Counsel to Shelton's Farm Market, Sirna & Sons, Inc., and Grand Avenue Produce Co., Inc. | McCarron & Diess | Attn: Mary Jean Fassett<br>4530 Wisconsin Avenue, NW<br>Suite 301<br>Washington DC 20016 | 202-364-2731 | mjf@mccarronlaw.com | Fax, Overnight Mail and Email |
| Counsel to Curtis James Investments, Counsel to AppleLAND II, LLC | McDonald Hopkins LLC | Attn: Scott N. Opincar<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland OH 44114 | | sopincar@mcdonaldhopkins.com | Email |
| Official Committee of Unsecured Creditors | McLane Foodservice, Inc. | Attn: Bart McKay<br>2085 Midway Road<br>Carrollton TX 75006 | | | Overnight Mail |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau, Bankruptcy Unit<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | 573-751-7232 | | Fax |

Exhibit C
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Bank of America, N.A. | Morris, Manning & Martin LLP | Attn: Frank W. DeBorde, Lisa Wolgast<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta GA 30326 | | fdeborde@mmmlaw.com<br>lwolgast@mmmlaw.com | Email |
| Counsel to ARC CAFEUSA001, LLC | O'Kelly Ernst & Joyce, LLC | Attn: Michael J. Joyce, Esquire<br>901 N. Market Street<br>10th Floor<br>Wilmington DE 19801 | 302-295-2873 | mjoyce@oelegal.com | Fax and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Juliet M. Sarkessian<br>844 King St<br>Ste 2207<br>Wilmington DE 19801 | 302-573-6497 | juliet.m.sarkessian@usdoj.gov | Fax and Overnight Mail |
| Counsel to Chamora Ivery | OUTTEN & GOLDEN LLP | Attn: Jack A. Raisner and Robert N. Fisher<br>685 Third Avenue<br>25th Floor<br>New York NY 10017 | | jar@outtengolden.com<br>rfisher@outtengolden.com | Overnight Mail and Email |
| Counsel to Dine Brands Global Inc., Applebee's Restaurants, LLC | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns<br>919 N. Market Street, 17th Floor<br>PO Box 8705<br>Wilmington DE 19899-8705 | | ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Email |
| Counsel to City of Wichita Falls, Wichita Falls Independent School District and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: JeanMarie Baer<br>P.O. Box 8188<br>Wichita Falls TX 76307 | 940-723-8553 | jbaer@pbfcm.com | Fax and Email |
| Counsel to City of Weslaco, Weslaco Independent School District & Edinburg, Consolidated Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | 512-302-1802 | jbanks@pbfcm.com | Fax and Email |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | 806-744-9953 | lmbkr@pbfcm.com | Fax and Email |
| Counsel to Gordon Food Service, Inc, Counsel to JMAC Group, LLC | Polsinelli PC | Attn: Christopher A. Ward, Stephen J. Astringer<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | | cward@polsinelli.com<br>sastringer@polsinelli.com | Email |
| Counsel to JBJ Alt LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan & R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | 302-658-1192 | jryan@potteranderson.com<br>rmcneill@potteranderson.com | Fax and Email |
| Counsel to Cornhusker Bank | Rembolt Ludtke LLP | Attn: Brian S. Kruse<br>1128 Lincoln Mall<br>Suite 300<br>Lincoln NE 68508 | 402-475-5087 | bkruse@remboltlawfirm.com | Fax and Email |
| Debtors | RMH Franchise Holdings, Inc. | Attn: Matthew Cissell<br>One Concourse Parkway, N.E.<br>Suite 600<br>Atlanta GA 30328 | | mcissell@rmhfranchise.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Overnight Mail and Email |

In re:  RMH Franchise Holdings, Inc., et al.
Case No. 18-11092 (BLS)

Page 5 of 6

Exhibit C

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn:  Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn:  Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| Official Committee of Unsecured Creditors | STORE Master Funding II, LLC and Store SPE Applebee's 2013-1, LLC | Attn: Michael Bennett<br>8377 E. Hartford Drive<br>#100<br>Scottsdale AZ 85255 | 480-256-1101 | | Fax |
| Counsel to CRI Outparcels, LLC | Sullivan Hazeltine Allison LLC | Attn: William A. Hazeltine<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | 302-428-8195 | whazeltine@sha-llc.com | Fax and Email |
| Counsel to Shelton's Farm Market, Sirna & Sons, Inc., and Grand Avenue Produce Co., Inc. | Sullivan Hazeltine Allison LLC | Attn: Elihu E. Allinson, III<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | 302-428-8195 | zallinson@sha-llc.com | Fax, Overnight Mail and Email |
| Counsel to The Comptroller of Public Accounts of the State of Texas | The Comptroller of Public Accounts of the State of Texas | Attn: Rachel R. Obaldo, ADA<br>P.O. Box 12548<br>Bankruptcy & Collections Division MC 008<br>Austin TX 78711-2548 | | rachel.obaldo@oag.texas.gov | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax and Email |
| Counsel to Debtor | Young Conaway Stargatt & Taylor, LLP | Attn:  M. Blake Cleary, Kenneth J. Enos, Robert F. Poppiti, Justin H. Rucki, Tara C. Pakrouh<br>100 North King Street<br>Wilmington DE 19801 | | mbcleary@ycst.com<br>kenos@ycst.com<br>RPoppiti@ycst.com<br>jrucki@ycst.com<br>tpakrouh@ycst.com<br>BOlivere@ycst.com<br>JSazant@ycst.com<br>bwalters@ycst.com | Email |

**<u>Exhibit D</u>**

## Exhibit D

Additional Parties Service List
Served as set forth below

| NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| FROST BROWN TODD LLC | Attn: Sara L. Abner and Olivia K. Snider | | sabner@fbtlaw.com; osnider@fbtlaw.com | Email |
| KIPLINGER LAW FIRM PC | Attn Roy F Kiplinger<br>111 W. Wayne St., Suite B<br>Fort Wayne, IN 46802 | 260-420-7137 | rfk@kiplingerlaw.com | Fax, Overnight Mail and Email |
| MORRIS JAMES LLP | Attn: Brett D. Fallon | 302-571-1750 | bfallon@morrisjames.com | Fax and Email |
| RICHARDS, LAYTON & FINGER, P.A. | Attn: John H. Knight and Marisa A. Terranova Fissel | 302-651-7701 | knight@rlf.com; terranovafissel@rlf.com | Fax and Email |
| SAUL EWING ARNSTEIN & LEHR LLP | Attn: Lucian B. Murley | 302-421-5864 | luke.murley@saul.com | Fax and Email |
| SMITH LEWIS, LLP | Attn: Phebe La Mar | 573-442-6686 | lamar@smithlewis.com | Fax and Email |
| Womble Bond Dickinson (US) LLP | Attn: Mark L. Desgrosseilliers, Esq. | 302-252-4330 | | Fax |