# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RMH FRANCHISE HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-11092 (BLS) <br><br> (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Steven Gilbert, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Courtney D. Hitt, [MMLID 6828728], at an address that has been redacted in the interest of privacy.

- Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Joint Chapter 11 Plan of RMH Franchise Holdings, Inc. and its Affiliated Debtors [Docket No. 528]

Dated: December 12, 2018

Steven Gilbert

State of New York County of New York

Subscribed and sworn to (or affirmed) before me on December 12, 2018, by Steven Gilbert, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: RMH Franchise Holdings, Inc. (7150); NuLnk, Inc. (7381); RMH Illinois, LLC (0696); RMH Franchise Corporation (1807); and Contex Restaurants, Inc. (0710). The headquarters for the above-captioned Debtors is located at One Concourse Parkway, N.E., Suite 600, Atlanta, GA 30328.

SRF 29431